# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**,
    *Plaintiff*,

v.                      Case No. 17-6134-01-GEB

**BOGDANA ALEXANDROVNA MOBLEY,**

    *Defendant*.

## ORDER TO WITHDRAW
_____

ON THIS 10TH day of October, 2017, this action comes on for hearing before this Court upon the motion of defense counsel, Jennifer A. Amyx, Assistant Federal Public Defender for the District of Kansas, to withdraw as attorney for the defendant, Bogdana Alexandrovna Mobley. There are no other appearances.

The court finds that Jennifer A. Amyx, Assistant Federal Public Defender for the District of Kansas, was appointed counsel of record for defendant. On October 9, 2017, Kurt Kerns entered his appearance as attorney of record for the defendant.

Accordingly, the Court hereby Orders that Jennifer A. Amyx, Assistant Federal Public Defender for the District of Kansas, be permitted to withdraw as counsel of record for the defendant in the above-captioned case.

IT IS SO ORDERED

S/KENNETH G. GALE
HONORABLE KENNETH G. GALE
U.S. MAGISTRATE COURT JUDGE

APPROVED:

s/Jennifer Amyx
JENNIFER AMYX
Sup. Ct. No. 24260
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: Jennifer_Amyx@fd.org