IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | Case No.:  17-10142-EFM |
| ) | |
| BOGDANA ALEXANDROVNA ) | |
| MOBLEY, ) | |
| ) | |
| *Defendant*. ) | |

TRIAL MANAGEMENT ORDER

The above case is scheduled for jury trial to begin on Tuesday, December 12, 2017 at 8:30 a.m. in Courtroom 408 with preliminary matters and jury selection will commence at 9:00 a.m. The parties are directed to make the following filing deadlines for the trial:

1.   proposed voir dire questions on or before 12/8/2017;

2.  witness & exhibits lists on or before 12/6/2017;

3.  motions in limine on or before 12/6/2017; associated hearing, if required, is scheduled for 12/11/2017 at 3:30 p.m.;

4.  responses to motions in limine on or before 12/8/2017; and

5.  proposed jury instructions on or before 12/8/2017, with a copy in WORD or WordPerfect format emailed to the undersigned chambers email account.

IT IS SO ORDERED.

Dated this 28th day of November, 2017.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE