IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**  **Plaintiff,**  v.  **BOGDANA ALEXANDROVNA MOBLEY,** aka **BOGDANA ALEXANDROVNA OSIPOVA,**  **Defendant.** | **Case No.** 17-CR-10142-EFM |

### UNITED STATES' MOTION IN LIMINE

The United States requests this Court issue an order precluding the defendant from presenting argument, testimony, documentary evidence, or otherwise introducing the dismissal or declination of charges by the Sedgwick County District Attorney's Office. The United States contends that these matters are irrelevant to the proceedings and are otherwise inadmissible.

With regard to the Sedgwick County District Attorney's Office decision to dismiss or decline prosecution of the defendant, the United States has noted that the defendant has repeatedly referenced that decision in detention arguments. In light of this, the United States is concerned that such arguments, or testimony regarding that decision, will be introduced by the defense at trial.

The fact that the Sedgwick County District Attorney's Office made a non-final decision to dismiss or decline prosecution is irrelevant to the matters pending in federal court, under Fed. R. Evid. 401. The local authority's non-final decision does not tend to prove, or make more likely or less likely, any fact relating to the question of the defendant's guilt or the elements of the charged federal crime(s). Even if it were admissible, the evidence should also be excluded pursuant to Fed. R. Evid. 403, as it would only serve to confuse the jury.

Likewise, the mere fact that a local prosecuting authority made a non-final decision does not prove anything relating to an affirmative defense under § 1204(c) for defendant's flight on April 2, 2014. This is particularly true for the fact that any decision occurred after the defendant's flight to Russia.

In light of the foregoing, the United States requests the Court issue an order precluding the introduction of such argument, testimony, documentary evidence, or other information.

>   Respectfully submitted,
>   THOMAS E. BEALL
>   United States Attorney
>
>   s/Jason W. Hart
>   JASON W. HART
>   KS Sup. Ct. No. 20276
>   Assistant United States Attorney
>   District of Kansas
>   301 N. Main, Suite 1200
>   Wichita, Kansas 67202
>   (316) 269-6481
>   (316) 269-6484 (FAX)
>   Jason.hart2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2017, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Kurt P. Kerns/Ian Clark
Attorneys for Defendant