# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# (WICHITADOCKET)

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case Number: 17-10142-EFM |
| ) | |
| BOGDANA A. MOBLEY, ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |

## AMENDED MOTION TO CONTINUE MOTION IN LIMINE CONFERENCE AND JURY TRIAL

COMES NOW, the Defendant, Bogdana Mobley, through counsel of record, Kurt P. Kerns, hereby moves the Court to continue the motion in limine conference and jury trial in the above captioned matter. Defense counsel is requesting a 75 day continuance. In support thereof, Defendant would show the Court as follows:

1. The motion in limine conference is set for December 11, 2017 and the jury trial is currently set for December 12, 2017;

2. Counsel is awaiting return of subpoenaed information believed to be exculpatory;

3. Defense counsel has advised Jason Hart, A.U.S.A., of this request and he has no objection; and

4. This motion is being made in the interest of justice and not for purposes of delay. It is requested that the Court find that such additional time is excludable with 18 U.S.C. 3161(h)(7)(A) as it is submitted that based on the reasons stated failure to grant this continuance would result in a miscarriage of justice. See 18 U.S.C. 3161(h)(7)(b)(i). Accordingly, these reasons for

continuance outweigh the best interest of the public and the defendant to a speedy trial. Specifically, the period of delay resulting from such continuance, December 12, 2017, through _____ shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

WHEREFORE, defense counsel requests a 75 day continuance of the motion and limine conference and jury trial.

Respectfully submitted,

  **/s/Kurt P. Kerns**
Kurt P. Kerns, #15028
328 North Main Street
Wichita, Kansas 67202
(316) 265-5511
E-mail: kurtpkerns@aol.com
Attorney for Bogdana Mobley

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Motion to Continue was filed and served electronically pursuant to the CM/ECF system on December 4, 2017, on all counsel of record.

**s/ Kurt P. Kerns**
Kurt P. Kerns, #15028
Attorney for Bogdana Mobley