**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(WICHITADOCKET)**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>BOGDANA A. MOBLEY, )<br>)<br>Defendant, )<br>_____ ) | Case Number: 17-10142-EFM |

**ORDER GRANTING TO CONTINUE MOTION IN LIMINE CONFERENCE
AND  JURY TRIAL**

NOW ON THIS 4th day of December, 2017, comes before the Court Defendant's Motion to Continue Motion in Limine Conference and Jury Trial. Defense counsel is requesting a 75 day continuance. The Court finds:

1. The motion in limine conference is set for December 11, 2017 and the jury trial is currently set for December 12, 2017;

2. Counsel is awaiting return of subpoenaed information believed to be exculpatory; and

3. Defense counsel has advised Jason Hart, A.U.S.A., of this request and he has no objection.

The Court, after reviewing the file and being fully advised in the premises finds that a continuance is necessary.

The Court further finds that the period of delay resulting from the continuance granted pursuant to this order shall be excludable time as provided for in 18 U.S.C. 3161(h)(8) in that the ends of justice are served by granting such continuances and outweigh the best interest of the public and defendant in a speedy trial.

Specifically, the period of delay resulting from such continuance, December 12, 2017,

through February 28, 2018 shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

The amount of discovery to be reviewed has created a need for additional time, and without a continuance, the defendant would be denied "reasonable time necessary for effective preparation." 18 U.S.C. 3161 (h) (7) (B) (iv). *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

IT IS THEREFORE ORDERED that Defendant's Amended Motion to Continue, Doc. 37, is hereby GRANTED and the motion in limine conference is rescheduled for February 27, 2018 at 2:00 p.m. in Courtroom 408, and the jury trial is rescheduled for February 28, 2018 at 9:00 a.m. in Courtroom 408.

IT IS SO ORDERED.

_____
HONORABLE JUDGE ERIC F. MELGREN
U.S. District Court Judge