CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA

        Plaintiff,

v.                                Case No:  17-10142-EFM

Bogdana Alexandrovna Mobley

        Defendant.

**Attorney for Plaintiff: Jason Hart**
**Attorney for Defendant: Kurt Kerns**

| JUDGE: | Hon. Eric F. Melgren | DATE: | 12/13/2017 |
|---|---|---|---|
| CLERK: | Cindy McKee | TAPE/REPORTER: | Jo Wilkinson |
| INTERPRETER: | | PROBATION: | |

**Status Conference**

The Court conducted a status conference, on the record, to address some concerns that have been brought to the Court's attention and the incident reports sent to the Court from the Butler County Jail. Copies of those reports were forwarded to counsel prior to the conference. Deputy U S Marshal, Troy Oberly was also in attendance for this hearing. Defendant was not present.

After hearing an update from Deputy Oberly, and discussions with counsel regarding the incident reports, the Court GRANTED the government's oral motion for the defendant to receive a psychiatric evaluation within the BOP and upon an order to be issued by the Court, the U S Marshals are to send her to the designated facility.