# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) 17-10142-EFM |
| BOGDANA A. MOBLEY, | ) |
| Defendant, | ) |

## ORDER FOR ADMISSION *PRO HAC VICE*

Having considered the Motion for Leave to Appear *Pro Hac Vice* filed on December 18, 2017, the Court finds that the requirements to be admitted *Pro Hac* Vice, pursuant to Local Rule 83.5.4(a) have not been met and thus the request is denied.

IT IS THEREFORE ORDERED that counsel's request to appear *Pro Hac Vice*, Doc. 43, is hereby DENIED without prejudice to refiling.

Dated: December 19, 2017

*Eric F. Melgren*

HONORABLE ERIC F. MELGREN
UNITED STATES DISTRICT COURT JUDGE