# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      Plaintiff,

    v.                                    CASE NO. 17-10142-01-EFM

**BOGDANA ALEXANDROVNA MOBLEY,**
**aka BOGDANA ALEXANDROVNA OSIPOVA**

      Defendant.

# SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

**18 U.S.C. §1204**
**International Parental Kidnapping**

On or about April 2, 2014, and continuing through the date of the filing of this Indictment, in the District of Kansas and elsewhere, the defendant,

**BOGDANA ALEXANDROVNA MOBLEY,**
**aka BOGDANA ALEXANDROVNA OSIPOVA**,

removed a child from the United States and retained a child outside the United States with intent to obstruct the lawful exercise of another's parental rights, in violation of Title 18, United States Code Section 1204.

1

## COUNT TWO

**18 U.S.C. §875(b)**
**Extortionate Interstate Communications**

Between August 27 and August 30, 2015, as part of the continuing offense in Count 1, the defendant,

**BOGDANA ALEXANDROVNA MOBLEY,**
**aka BOGDANA ALEXANDROVNA OSIPOVA**,

transmitted in interstate and foreign commerce a communication containing a threat to kidnap, that is, to continue to retain a child outside the United States with the intent to obstruct the lawful exercise of another's parental rights, and the defendant did so with the intent to extort from any person any money or thing of value, in violation of Title 18, United States Code Section 875(b).

## COUNT THREE

**18 U.S.C. §875(b)**
**Extortionate Interstate Communications**

On or about November 21, 2015, as part of the continuing offense in Count 1, the defendant,

**BOGDANA ALEXANDROVNA MOBLEY,**
**aka BOGDANA ALEXANDROVNA OSIPOVA**,

transmitted in interstate and foreign commerce a communication containing a threat to kidnap, that is, to continue to retain a child outside the United States with the intent to obstruct the lawful exercise of another's parental rights, and the defendant did so with the

intent to extort from any person any money or thing of value, in violation of Title 18, United States Code Section 875(b).

### COUNT FOUR

### 18 U.S.C. §875(b)
### Extortionate Interstate Communications

On or about December 17, 2015, as part of the continuing offense in Count 1, the defendant,

**BOGDANA ALEXANDROVNA MOBLEY,
aka BOGDANA ALEXANDROVNA OSIPOVA**,

transmitted in interstate and foreign commerce a communication containing a threat to kidnap, that is, to continue to retain a child outside the United States with the intent to obstruct the lawful exercise of another's parental rights, and the defendant did so with the intent to extort from any person any money or thing of value, in violation of Title 18, United States Code Section 875(b).

### COUNT FIVE

### 18 U.S.C. §875(b)
### Extortionate Interstate Communications

On or about December 5-6, 2016, as part of the continuing offense in Count 1, the defendant,

**BOGDANA ALEXANDROVNA MOBLEY,
aka BOGDANA ALEXANDROVNA OSIPOVA**,

transmitted in interstate and foreign commerce a communication containing a threat to kidnap, that is, to continue to retain a child outside the United States with the intent to obstruct the lawful exercise of another's parental rights, and the defendant did so with the intent to extort from any person any money or thing of value, in violation of Title 18, United States Code Section 875(b).

**A TRUE BILL.**

July 17, 2018
DATE

/s/ Foreperson
FOREPERSON OF THE GRAND JURY

/s/Stephen R. McAllister
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 15845
Stephen.McAllister@usdoj.gov

> It is requested that trial be held in
> **WICHITA, Kansas**