## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )          17-10142-EFM
BOGDANA A. MOBLEY,                 )
                                   )
                    Defendant,     )
                                   )

### ORDER TO CONTINUE DETENTION HEARING

Presently before the Court is Defendant's Motion to Continue/Reschedule Detention Hearing.

**IT IS THEREFORE ORDERED** that Bogdana Mobley's detention hearing is continued to a later date that either would be after the date Ms. Mobley's daughters are returned to the United States of America or would coincide with the date the daughters are returned to the U.S.

IT IS SO ORDERED.


Dated: August 6, 2018

*Eric F. Melgren*

United States District Judge