17-10142

Harvey Detention Center
120 E 7th office 901
Newton, KS 67114

Rec'd 9-25-2018

FILED
U.S. District Court
District of Kansas
SEP 25 2018
Clerk U.S. District Court
By _main_ Deputy Clerk

Honorable Judge Melgrin,

After some consideration I have decided to write you a letter about my concerns and propositions.

First of all I would like to express my concerns about my safety at the federal holding facility. As you know in December 2017 I was unlawfully administered haldol by the nurse at the Butler County Jail as a result of which I nearly died and was transported to Carswell Medical Facility in Fort Worth, TX, where I was recovering until July 2018. My brain function was severely damaged. To continue my recovery per doctors request I should be able to go outside for walks to get fresh air as well as stay away from all the stressful situations. Harvey Detention Center doesn't provide outside recreation, so you know, so I am stuck indoors all day long.

Also since I am cooperating with prosecutor's office on bringing my two daughters to Wichita, KS I would like to file a motion for pre-trial release so I can take care of my health condition that was gravely damaged after staying in Butler County Jail.

I am willing to write a promisary note to stay in Wichita until the trial as well as surrender my russian passport. I can also agree to ankle monitor if need be. However I don't plan to escape as I am as interested for all these matters to be resolved as anybody else involved in my case. You can also issue a bond if you seem necessary.

Please consider my pretrial release.

Also I would like to mention the fact that I am not completly

satisfied with performance of both of my attorneys and ask you if I can consulte with any public defenders as I am not able to afford one.

My address is:   BOGDANA MOBLEY
inmate # 020788
120 E 7th office 901
Newton, KS 67114

Please consider my requests and I hope to hear back from you soon.

Best regards,

Bogdana Mobley

September 20, 2018

BOGDANA MOBLEY
inmate 020788
120 E 7th office 901
Newton, KS 67114



WICHITA KS 670
24 SEP 2018 PM 3 L
FOREVER
Barn Swallow

Honorable    Judge Melgren
US Federal District Court
401 N Market St
Wichita, KS 67202

67202-200023