# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# WICHITA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 6:17-CR-10142-EFM-1 |
| | ) | |
| BOGDANA ALEXANDROVNA MOBLEY | ) | |

## WITNESS LIST (DEFENDANT BOGDANA ALEXANDROVNA MOBLEY)

1. Kent Buaman
2. Dan Dester
3. Karina Duvall
4. Kara Ennis
5. Antoni Filipiuk
6. Brain Goward
7. Benjamin Green
8. David Howard
9. John Jurak
10. Kurt Kerns
11. Jeffrey McVay
12. Kim Parker

13. Addie Perkins

14. Kari Shorb

15. Scott Smith

Date:         February 27, 2019

                Respectfully submitted,

                ***s/ Craig M. Divine, Esq.***
                Kan. Bar # 24747
                Divine Law Office, LLC
                104 W 9th St., Ste. 404
                Kansas City, MO 64105
                T 816.474.2240
                divinelaw@live.com

                ***s/ Murdoch Walker, II, Esq.***
                Ga. Bar # 163417
                *Pro Hac Vice*
                M 843.540.7903
                mwalker@lowtherwalker.com

                ***s/ Joshua Sabert Lowther, Esq.***
                Ga. Bar # 460398
                *Pro Hac Vice*
                M 912.596.2935
                jlowther@lowtherwalker.com

                Lowther | Walker LLC
                101 Marietta St., NW, Ste. 3325
                Atlanta, GA 30303
                T 404.496.4052
                http://www.lowtherwalker.com

                Attorneys for Defendant
                Bogdana Alexandrovna Mobley

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2019, I electronically filed the foregoing WITNESS LIST with the Clerk of the United States District Court for the District of Kansas by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

***s/ Craig M. Divine, Esq.***
Kan. Bar # 24747
Divine Law Office, LLC
104 W 9th St., Ste. 404
Kansas City, MO 64105
T 816.474.2240
divinelaw@live.com