# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# WICHITA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 6:17-CR-10142-EFM-1 |
| | ) | |
| BOGDANA ALEXANDROVNA MOBLEY | ) | |

## EXHIBIT LIST

| No. | Description |
|---|---|
| 400 | 20130803 Incident Report |
| 401 | 20131225 Incident Report |

Date:  February 27, 2019

Respectfully submitted,

*s/ Craig M. Divine, Esq.*
Kan. Bar # 24747
Divine Law Office, LLC
104 W 9th St., Ste. 404
Kansas City, MO 64105
T 816.474.2240
divinelaw@live.com

*s/ Murdoch Walker, II, Esq.*
Ga. Bar # 163417
*Pro Hac Vice*
M 843.540.7903
mwalker@lowtherwalker.com

*s/ Joshua Sabert Lowther, Esq.*
Ga. Bar # 460398
*Pro Hac Vice*
M 912.596.2935
jlowther@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
T 404.496.4052
http://www.lowtherwalker.com

Attorneys for Defendant
Bogdana Alexandrovna Mobley

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2019, I electronically filed the foregoing WITNESS LIST with the Clerk of the United States District Court for the District of Kansas by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

*s/ Craig M. Divine, Esq.*
Kan. Bar # 24747
Divine Law Office, LLC
104 W 9th St., Ste. 404
Kansas City, MO 64105
T 816.474.2240
divinelaw@live.com