# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 17-10142-EFM

BOGDANA MOBLEY,

    Defendant.

## UNITED STATES' EXHIBIT LIST

The United States provides the following list of exhibits. The United States may supplement or amend this list in the course of trial, in accordance with or responsive to witness testimony.

| # | Description |
|---|---|
| 1 | Brian's PFA against Bogdana on 3 6 2014 |
| 2 | Petition for Divorce on 3 11 2014 |
| 3 | Temporary Parenting Plan on 3 11 2014 |
| 4 | Temporary Order on 3 11 2014 |
| 5 | Bogdana's PFA against Brian on 3 12 2014 |
| 6 | Order consolidating Brian's PFA with Divorce case 3 20 2014 |
| 7 | Order consolidating Bogdana's PFA with Divorce case 3 20 2014 |
| 8 | Order in Divorce case for 4 14 2014 hearing |
| 9 | Bogdana's motion to modify noting home in Russia |
| 10 | Decree of Divorce on 11 7 2014 |

| 11 | Bogdana's objection to Decree of Divorce |
| --- | --- |
| 12 | Order in Divorce case denying objection on 12 2 2014 |
| 13 | Letter from Brian's attorney on 3 28 2014 |
| 14 | Letter from Brian's attorney on 4 3 2014 |
| 15 | Text messages from 4 3 2014 |
| 16 | Email from Bogdana on 8 6 2014 |
| 17 | Email from Bogdana on 9 27 2014 |
| 18 | Email from Bogdana on 10 3 2014 |
| 19 | Email from Bogdana on 10 6 2014 |
| 20 | Email from Bogdana on 10 11 2014 |
| 21 | Email from Bogdana on 10 16 2014 |
| 22 | Email from Bogdana on 10 18 2014 |
| 23 | Email from Bogdana on 10 21 2014 |
| 24 | Email (chain) from Bogdana on 11 12 2014 |
| 25 | Email from Bogdana on 12 13 2014 |
| 26 | Email from Bogdana on 1 21 2015 |
| 27 | Email from Bogdana on 1 30 2015 |
| 28 | Email from Bogdana on 2 16 2015 |
| 29 | Email from Bogdana on 2 18 2015 |
| 30 | Email from Bogdana on 4 3 2015 |
| 31 | Email from Bogdana on 4 21 2015 |
| 32 | Email from Bogdana on 6 8 2015 |
| 33 | Email from Bogdana on 9 24 2015 |

| 34 | Email from Bogdana on 10 5 2015 |
|---|---|
| 35 | Skype chats from 8 29 2014 to 12 26 2015 |
| 36 | Skype chats from 12 18 2015 |
| 37 | Skype screen captures from 1 31 2016 to 5 10 2016 |
| 38 | Skype screen capture from 5 14 2016 |
| 39 | Skype screen captures from 5 14 2016 to 6 29 2016 |
| 40 | Skype screen capture from 6 29 2016 |
| 41 | Skype screen captures from 6 29 2016 to 6 30 2016 |
| 42 | Skype screen captures from 6 30 2016 to 8 25 2016 |
| 43 | Skype screen captures from 10 10 2016 to 12 25 2016 |
| 44 | Skype screen captures from 12 31 2016 to 8 14 2017 |
| 45 | Skype video recording from 11 18 2016 |
| 46 | Audio recording from Brian's Olympus recorder #1 |
| 47 | Audio recording from Brian's Olympus recorder #2 |
| 48 | Audio recording from Brian's Olympus recorder #3 |
| 49 | Audio recording from Brian's Olympus recorder #4 |
| 50 | Audio recording from Brian's Olympus recorder #5 |
| 51 | Aeroflot Explanation of Record Notations |
| 52 | Aeroflot Record 1 – ticket on 3 16 2016 |
| 53 | Aeroflot Record 2 – Payment declined for 3 17 2014 flight from MCI to KGD with return on 8 20 2014 |
| 54 | Aeroflot Record 3 – ticket on 9 13 2016 |
| 55 | Aeroflot Record 4 – tickets on 1 4 2014 for flight from MCI to KGD on 1 22 2014 with return on 2 2 2014 |
| 56 | Aeroflot Record 5 – tickets 4 1 2014 for one way flight from JFK to KGD on 4 2 2014 |

| 57 | Aeroflot Record 6 – virtual coupon record for 3 17 2014 flight from MCI to KGD with return on 8 20 2014 |
| 58 | Aeroflot Record 7 |
| 59 | Aeroflot Record 8 – payment declined on 4 1 2014 for 4 2 2014 flight from JFK to KGD |
| 60 | Letter from US Department of State on 8 9 2016 |
| 61 | Email (chain) with US Department of State on 8 10 2016 |
| 62 | USAF Consent to search phone 12 6 2013 |
| 63 | USAF Note from Hartong regarding Brian's counseling |
| 64 | Transcript of November 16 2018 hearing |
| 65 | Note from Dr. Daran Jensen 3 27 2014 |
| 66 | Four photos from 12 25 2013 WPD Report 13C085131 |
| 67 | Medical records from Associates in Women's Health |

Respectfully submitted,

STEPHEN R. McALLISTER
United States Attorney


s/Jason W. Hart
JASON W. HART
Kan. S. Ct. No. 20276
Assistant U.S. Attorney
District of Kansas
301 N. Main, Ste. 1200
Wichita, Kansas 67202
Tel: 316-269-6481
Fax: 316-269-6484
Email: Jason.hart2@usdoj.gov

# CERTIFICATE OF SERVICE

      I certify that on February 27, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to Murdoch Walker II, Joshua Lowther, and Craig Divine, attorneys for defendant.

                                                   s/Jason W. Hart
                                                   JASON W. HART
                                                   Assistant United States Attorney