IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 17-10142-EFM

BOGDANA MOBLEY,

    Defendant.

## UNITED STATES' WITNESS LIST

The United States provides the following list of witnesses that may be called during the government's case-in-chief. The United States may supplement or amend this list in the course of trial, as rebuttal permits.

Brian Mobley

Daran Jensen

Brandy Hoffman

Jennifer Bruening

David Barber

Jennifer Tucker

David Pinegar

Addie Perkins

Jasyn Burby

Richard Spence

David Howard

Trina Grimes

Nguyen Long

Thomas Erdman

Bob Cain

Andy Nolan

Stephen Turley

Michael Kasal

Pat Blanchard

Melissa Mobley

Ryan Ross

Thomas Ensz

Todd DiCaprio

Respectfully submitted,

STEPHEN R. McALLISTER
United States Attorney

s/Jason W. Hart
JASON W. HART
Kan. S. Ct. No. 20276
Assistant U.S. Attorney
District of Kansas
301 N. Main, Ste. 1200
Wichita, Kansas 67202
Tel: 316-269-6481
Fax: 316-269-6484
Email: Jason.hart2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I certify that on February 27, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to Murdoch Walker II, Joshua Lowther, and Craig Divine, attorneys for defendant.

                                          s/Jason W. Hart
                                          JASON W. HART
                                          Assistant United States Attorney