CLERK'S COURTROOM MINUTE SHEET  -  CRIMINAL JURY TRIAL

**UNITED STATES OF AMERICA,**

vs.                                               Criminal No.   17-10142-EFM

**BOGDANA MOBLEY**,

United States Attorney –  Jason Hart/Ryan McCarty

Defendant Attorney        -  Joshua Lowther/Murdoch Walker

| | | | |
|---|---|---|---|
| **JUDGE:** | Melgren | **DATE:** | March 6, 2019 |
| **DEPUTY CLERK:** | Bodecker | **REPORTER:** | Wilkinson |
| **Interpreter:** | | | |

**TRIAL PROCEEDINGS**

(  )     ORDERED that the motion of the defendant for **JUDGMENT OF ACQUITTAL** at the close of the Government's evidence be _____

(XX)    Verdict of Guilty as to            Counts 1, 2, and 3 of the Indictment

(XX)    Verdict of Not Guilty to         Counts 4 and 5 of the Indictment

*The word "Indictment" also includes "Superseding Indictment"