**(Revised 1/2012**          CLERK'S COURTROOM MINUTE SHEET- WITNESS LIST

CASE NO. 17-10142-EFM
United States v Mobley

WITNESS FOR USA                         WITNESS FOR    DEFT

| Date | Name | Sworn | Date | Name | Sworn |
|------|------|-------|------|------|-------|
| | Brian Mobley | ( x ) | | | (__) |
| | Mike Kasal | ( x ) | | | (__) |
| | | (__) | | | (__) |
| | | (__) | | | (__) |
| | | (__) | | | (__) |
| | | (__) | | | (__) |
| | | (__) | | | (__) |
| | | (__) | | | (__) |
| | | (__) | | | (__) |
| | | (__) | | | (__) |
| | | (__) | | | (__) |
| | | (__) | | | (__) |
| | | (__) | | | (__) |
| | | (__) | | | (__) |
| | | (__) | | | (__) |
| | | (__) | | | (__) |
| | | (__) | | | (__) |
| | | (__) | | | (__) |
| | | (__) | | | (__) |