**EXHIBITS FOR** __United States__

CASE NO.  17-10142-EFM

| No. | Exhibit | ID | OFF | ADM | WITNESS |
|---|---|---|---|---|---|
| 2 | Petition for Divorce 3-11-14 | x | x | x | Brian Mobley |
| 3 | Temp Parenting Plan 3-11-14 | x | x | x | Brian Mobley |
| 4 | Temporary Order 3-11-14 | x | x | x | Brian Mobley |
| 8 | Order in Divorce case 4-14-14 hearing | x | x | x | Brian Mobley |
| 13 | Letter from Brian's atty 3-28-14 | x | x | x | Brian Mobley |
| 10 | Decree of Divorce 11-7-14 | x | x | x | Brian Mobley |
| 35a | Skype chats excerpt 1 from 8-29-14 to 12-26-15 | x | x | x | Brian Mobley |
| 35b | Skype chats excerpt 2 from 8-29-14 to 12-26-15 | x | x | x | Brian Mobley |
| 35c | Skype chats excerpt 3 from 8-29-14 to 12-26-2015 | x | x | x | Brian Mobley |
| 43a | Skype screen captures from 10-10-16 to 12-25-16 | x | x | x | Brian Mobley |
| 9a | Bogdana's motion to modify noting home in Russia | x | x | x | Brian Mobley |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |