# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# WICHITA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 6:17-CR-10142-EFM-1 |
| | ) | |
| BOGDANA ALEXANDROVNA MOBLEY | ) | |

## MOTION TO CONTINUE

Ms. BOGDANA ALEXANDROVNA MOBLEY, pursuant to Fed. R. Crim. P. 32(b), respectfully moves this Court to continue the sentencing hearing that is scheduled for May 20, 2019, for two weeks, and to extend the time in which she must submit objections to the Presentence Investigation Report, which she received on April 25, 2019, by one week.

The purpose of the continuance and extension is to allow Ms. Mobley's attorneys a sufficient time in which to develop Ms. Mobley's arguments in support of her objections to the Presentence Investigation Report and in mitigation, and to present those arguments to this Court in a sentencing memorandum. A substantial portion of the mitigating evidence that Ms. Mobley intends to present to this Court is contained in voluminous medical records and through her attorneys' communications with persons in Russia;

therefore, Ms. Mobley respectfully submits that this short continuance is warranted, and it will not constitute an "unnecessary delay" pursuant to Fed. R. Crim. P. 32(b)(1).

The Government does not oppose this motion.

WHEREFORE, Ms. Mobley prays that this Court continue the sentencing hearing to a date not sooner than June 3, 2019, and extend the time in which she must submit objections to the Presentence Investigation Report until June 16, 2019.

Date: May 8, 2019

Respectfully submitted,

***s/ Craig M. Divine, Esq.***
Kan. Bar # 24747
Divine Law Office, LLC
104 W 9th St., Ste. 404
Kansas City, MO 64105
T 816.474.2240
divinelaw@live.com

***s/ Joshua Sabert Lowther, Esq.***
Ga. Bar # 460398
*Pro Hac Vice*
M 912.596.2935
jlowther@lowtherwalker.com

<u>**s/ Murdoch Walker, II, Esq.**</u>
Ga. Bar # 163417
*Pro Hac Vice*
M 843.540.7903
mwalker@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
T 404.496.4052
http://www.lowtherwalker.com

Attorneys for Defendant
Bogdana Alexandrovna Mobley

# CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2019, I electronically filed the foregoing MOTION TO CONTINUE with the Clerk of the United States District Court for the District of Kansas by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

<u>**s/ Craig M. Divine, Esq.**</u>
Kan. Bar # 24747
Divine Law Office, LLC
104 W 9th St., Ste. 404
Kansas City, MO 64105
T 816.474.2240
divinelaw@live.com