Птн, 29 Мар 2019 15:33

## RE: Bogdana Osipova , case 6: 17-cr-10142-EFM.

От: KSD_Melgren_Chambers <KSD_Melgren_Chambers@ksd.uscourts.gov>

Кому: Juliana Filipiuk <miss.fili@mail.ru>



I received the letter, but under our procedures really can only respond as the Court to matters filed on the record by her attorney.

As you know, her sentencing is set for May 20. Her attorneys have been told several times that the sentencing will go very differently then depending on whether the children are back in the U.S. or not. But I hope everyone realizes that once sentencing is pronounced on that date, there is no authority to change or modify that sentence later, even if positive developments occur thereafter.

Eric F. Melgren

United States District Court Judge

401 N. Market, #414

Wichita, KS  67202

316-315-4320

