IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

          Plaintiff,

      v.                              Case No. 6:17CR10142-001-EFM

BOGDANA ALEXANDROVNA MOBLEY,

          Defendant.

ENTRY OF APPEARANCE

Please take notice that the undersigned attorney enters her appearance for Plaintiff, United States of America, in the above-captioned action. Copies of all pleadings and notices should now be served on Tanya Sue Wilson, Assistant United States Attorney at the address below.

                                      Respectfully submitted,

                                      STEPHEN R. MCALLISTER
                                      United States Attorney

                                        s/ Tanya Sue Wilson
                                      TANYA SUE WILSON
                                      Assistant United States Attorney
                                      Ks. S.Ct. No. 11116
                                      Federal Building, Suite 290
                                      444 SE Quincy
                                      Topeka, Kansas, 66683-3592
                                      Telephone: 785-295-2850
                                      Facsimile: 785-295-2658
                                      E-mail: tanya.wilson@usdoj.gov
                                      Attorneys for the United States

CERTIFICATE OF SERVICE

       I hereby certify that on June 12, 2019, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Joshua Sabert Lowther and Murdoch Walker, II.

       I further certify that on this date the foregoing document and the notice of electronic filing were served via the U.S. mail upon the following non-CM/ECF participants: NONE.

       s/ Tanya Sue Wilson
       TANYA SUE WILSON
       Assistant United States Attorney