UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

UNITED STATES OF AMERICA

        Plaintiff,

        vs.                                    District Court Case No.  17-cr-10142-EFM-1

    Bogdana Alexandrovna Mobley
        Defendant.

## NOTICE OF APPEAL

At the request of the above-named defendant, and at the direction of the Court, the Clerk has prepared and files the following notice of appeal pursuant to Federal Rule of Criminal Procedure 32(j)(2).

Notice is hereby given to the United States Court of Appeals for the Tenth Circuit that Defendant, Bogdana Alexandrovna Mobley, appeals from the following:

    _____    Conviction only [Fed.R.Crim.P.32(j)(l)(A)]

    _____    Sentence only (18 U.S.C. § 3742(a)

    __x__    Conviction _and_ sentence

    _____    Other: _____

ENTERED on behalf of the Defendant this _21st_ day of _June_, _2019_.

                                                    TIMOTHY M. O'BRIEN, CLERK

                                                    By: s/ Sarah M. Zepick
                                                           Deputy Clerk

01/05