# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                CASE NO. 17-10142-EFM

BOGDANA ALEXANDROVNA MOBLEY,

    Defendant.

## ENTRY OF APPEARANCE BY GOVERNMENT COUNSEL

APPEARS NOW Jared S. Maag, Assistant United States Attorney, on behalf of the United States in the above-entitled action. All future pleadings and filings in this matter should be addressed to the undersigned as representative of the United States and counsel for the government.

1

Respectfully submitted,

STEPHEN R. McALLISTER
United States Attorney
District of Kansas

By: ___/s/ *Jared S. Maag*___
    JARED S. MAAG, KS Bar No. 17222
    Assistant United States Attorney
    District of Kansas
    290 Carlson Federal Building
    444 SE Quincy Street
    Topeka, KS 66683
    Ph: 785.295.2850 (Office)
    Fax: 785.295.2853
    jared.maag@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2020, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to those attorneys who have entered their appearance in the matter; and, that a true and correct copy of the same was delivered, first class, postage prepaid, via the USPS to:

Bogdana Alexandrovna Mobley
Reg No 28882-031
FCI Danbury
Route 37
Danbury, CT 06811

By: ___/s/ *Jared S. Maag*___
    JARED S. MAAG, KS Bar No. 17222
    Assistant United States Attorney

2