FILED
United States Court of Appeals
Tenth Circuit

August 21, 2020

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

  Plaintiff - Appellee,

v.

BOGDANA ALEXANDROVNA MOBLEY, a/k/a BOGDANA ALEXANDROVNA OSIPOVA,

  Defendant - Appellant.

No. 19-3122
(D.C. No. 6:17-CR-10142-EFM-1)
(D. Kan.)

---

## JUDGMENT

---

Before **HOLMES**, **SEYMOUR**, and **PHILLIPS**, Circuit Judges.

---

This case originated in the District of Kansas and was argued by counsel.

The judgment of that court is affirmed in part and reversed in part. The case is remanded to the United States District Court for the District of Kansas for further proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk