# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | September 14, 2020 | Jane K. Castro<br>Chief Deputy Clerk |

Mr. Timothy M. O'Brien (KSwi)
United States District Court for the District of Kansas
Office of the Clerk
401 North Market Street
U.S. Courthouse
Room 204
Wichita, KS 67202-0000

**RE:** **19-3122, United States v. Mobley**
Dist/Ag docket: 6:17-CR-10142-EFM-1

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's August 21, 2020 judgment takes effect this date.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc:  Jason W. Hart
    Joshua Sabert Lowther
    Bogdana Alexandrovna Mobley
    Katryna Lyn Spearman
    Tanya Sue Wilson

CMW/jm