September 18, 2020

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

SEP 21 2020

Clerk, U.S. District Court
By _____ Deputy Clerk

UNITED STATES OF AMERICA )
    Plaintiff, ) District Court
     ) Case No.
v. ) 17-10142
     )
BOGDANA ALEXANDROVNA MOBLEY ) Circuit Court
    Defendant. ) Case No.
     ) 19-3122

## EMERGENCY MOTION FOR IMMEDIATE RELEASE PENDING RESENTENCING.

COMES NOW, the Defendant, and respectfully submit the motion for an Order of immediate release of the Defendant, pending resentencing due to:

~ 10th Circuit Court of Appeals Judgment Case No. 19-3122, dated August 21, 2020, acquitting the Defendant of two counts of 18 U.S.C. 875(b) and restitution of $18,000.

~ 10th Circuit Court of Appeals issued mandate on September 14, 2020 and now this court has jurisdiction on this case.

~Defendant overstayed at the FBOP on count 1 of 18 U.S.C. 1204 for which this Court originally sentenced the Defendant to 36 months. Defendant served 35.5 months and was awarded 5.5 months of good time credit, which brings it to 41 months that Defendant served on a 36 months sentence (statutory maximum).

~ Extraordinary and compelling circumstances of global historic pandemic of highly infectious deadly disease COVID-19.

~Defendant's numerous medical conditions. Defendant is currently on the "list two inmates" (as medically vulnerable for COVID-19) for the expedited home confinement review in class action lawsuit Martinez-Brooks v. Easter case No. 20-00569, 2020, U.S.Dist LEXIS 83300, 2020, WL 2405350 (D.Conn. May 12, 2020).

~Connecticut's health officials issued an alert on August 21, 2020 of spike of COVID-19 cases in Danbury, CT where Defendant is located. The alert was confirmed by the CT Governor, Ned Lamont.

~ unsafe unsanitary conditions in the FBOP's premises including quarantine quarters.

~ inability to practice social distance (most effective way per CDC to protect from the COVID-19) within the FBOP.

Defendant previously submitted to this court and requests to incorporate them to this motion following documents:

~ copy of guarantee letter on behalf on Defendant from the Embassy of Russian Federation Minister-Counselor Mr. Sergey Trepelkov (August 4, 2020).
~copy of letter from Defendant's attorney in Russia Mr. Ivan Kuznetsov (August 9, 2020) with information that now per Mr.Mobley attorney in Russia Mr. Alexey Volosyuk, Mr.Mobley states that minor children S.M and I.M should continue living in Russia with Defendant.
~copy of letter from Mr. Mobley's third ex-wife about her divorce from Mr. Mobley, her thoughts about him and his "failure" as a father to their two children.
~copies of Defendant's achievements in the FBOP.
~copies of the recommendation letters on behalf of Defendant.
~copies of Defendant's medical records.

WHEREFORE, Defendant prays that the court grants relief requested above and order immediate release of the Defendant from the FBOP with quarantine in her step-father's home in Queens, NY pending resentencing on the count 1, that Defendant already served statutory maximum of 35.5 months, plus 5.5 more months was awarded the her as a good time credit, bringing it to total of 41 months.

Respectfully submitted by,

BOGDANA OSIPOVA (MOBLEY)

⇔28882-031⇔
Bogdana Mobley
33 1/2 Pembroke RD
Route 37
Danbury, CT 06811
United States

BOGDANA OSIPOVA (MOBLEY)
#28882-031
33 1/2 PEMBROKE RD., ROUTE 37
DANBURY, CT 06811

WESTCHESTER NY 105

18 SEP 2020   PM 1   L



LEGAL MAIL

TO: UNITED STATES DISTRICT COURT
    401 N. MARKET
    WICHITA, KS 67202

67202-208999