IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        **Plaintiff,**<br><br>  v.<br><br>**BOGDANA ALEXANDROVNA MOBLEY,**<br>**aka BOGDANA ALEXANDROVNA**<br>**OSIPOVA,**<br><br>        **Defendant.** | **Case No.** 17-CR-10142-EFM |

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR
IMMEDIATE RELEASE (DOC. 166)**

The undersigned AUSA has been advised further appellate review is not authorized by the Solicitor General's Office, such that the defendant's motion (Doc. 166) should be granted on the basis the defendant has served as much or more time than authorized for the count of conviction under 18 U.S.C. §1204. The defendant should be released from Bureau of Prison's custody and ordered to appear for resentencing before this Court.

                              Respectfully submitted,
                              STEVEN R. McALLISTER
                              United States Attorney

                              s/Jason W. Hart
                              JASON W. HART
                              KS Sup. Ct. No. 20276
                              Assistant United States Attorney
                              District of Kansas
                              301 N. Main, Suite 1200
                              Wichita, Kansas 67202
                              (316) 269-6481

(316) 269-6484 (FAX)
Jason.hart2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2020, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, with a paper copy mailed to the defendant:

Bogdana Osipova Mobley
Inmate # 28882-031
FCI Danbury
33 1/2 Pembroke Road
Route 37
Danbury, CT 06811

s/Jason W. Hart
JASON W. HART