IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| vs. | ) Case No.: 17-10142-EFM |
| | ) |
| BOGDANA ALEXANDROVNA MOBLEY, | ) |
| | ) |
| *Defendant*. | ) |

ORDER

Pursuant to the Mandate issued on September 14, 2020 from the 10th Circuit Court of Appeals, the United States Marshals Service is directed to return the above Defendant to this Court to conduct all proceedings necessary as directed by the 10th Circuit Court of Appeals.

IT IS SO ORDERED.

Dated this 14th day of October, 2020.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE