## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## WICHITA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 6:17-CR-10142-EFM-1 |
| v.  ) | |
| ) | |
| BOGDANA ALEXANDROVNA MOBLEY ) | |

### NOTICE OF APPEAL

Ms. BOGDANA ALEXANDROVNA MOBLEY, pursuant Fed. R. App. P. 4(b)(1)(A)(1), hereby respectfully notifies this Court of her appeal from its Order (Oct. 14, 2020, ECF No. 169) to the United States Court of Appeals for the Tenth Circuit.

Date:     October 19, 2020

Respectfully submitted,

*s/ Craig M. Divine, Esq.*
Craig M. Divine, Esq.
Kan. Bar # 24747
divinelaw@live.com

Divine Law Office, LLC
104 W 9th St., Ste. 404
Kansas City, MO 64105
T 816.474.2240

1

*s/ Joshua Sabert Lowther, Esq.*
Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
M 912.596.2935
jlowther@lowtherwalker.com

*s/ Murdoch Walker, II, Esq.*
Murdoch Walker, II, Esq.
Ga. Bar # 163417
M 843.540.7903
mwalker@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
http://www.lowtherwalker.com

Attorneys for Defendant
Bogdana Alexandrovna Mobley

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2020, I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the United States District Court for the District of Kansas by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

*s/ Craig M. Divine, Esq.*
Craig M. Divine, Esq.