CLOSED,APPEAL,INTERPRETER

# U.S. District Court
# DISTRICT OF KANSAS (Wichita)
# CRIMINAL DOCKET FOR CASE #: 6:17–cr–10142–EFM–1

Case title: USA v. Mobley
Magistrate judge case number:  6:17–mj–06134–GEB

Date Filed: 10/11/2017
Date Terminated: 06/07/2019

Assigned to: District Judge Eric F. Melgren

Appeals court case numbers: 17–3234 10CCA, 19–3122 10CCA

**Defendant (1)**

| | | |
|---|---|---|
| **Bogdana Alexandrovna Mobley** | represented by | **Bogdana Alexandrovna Mobley** |
| 28882–031 | | 28882–031 |
| *TERMINATED: 06/07/2019* | | DANBURY – FCI |
| *also known as* | | Federal Correctional Institution |
| Bogdana Alexandrovna Osipova | | Inmate Mail/Parcels |
| *TERMINATED: 06/07/2019* | | Route 37 |
| | | Danbury, CT 06811 |
| | | Email: |
| | | PRO SE |
| | | *Bar Number:* |
| | | *Bar Status:* |
| | | |
| | | **Alexey Tarasov** |
| | | Law office of Alexey Tarasov |
| | | 5211 Reading Road |
| | | Rosenberg, TX 77471 |
| | | 832–623–6250 |
| | | Fax: 832–495–4168 |
| | | Alternative Phone: |
| | | Cell Phone: |
| | | Email: alexey@tarasovlaw.com |
| | | *TERMINATED: 02/12/2019* |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *Designation: Retained* |
| | | *Bar Number:* |
| | | *Bar Status: Phv* |
| | | |
| | | **Craig M. Divine** |
| | | Divine Law Office, LLC |

104 W 9th Street, Suite 404
Kansas City, MO 64105
816–474–2240
Fax: 844–284–3964
Alternative Phone:
Cell Phone:
Email: divinelaw@live.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 24727*
*Bar Status: Active*

**Ian M. Clark**
Ariagno, Kerns, Mank & White
328 North Main
Wichita, KS 67202
316–265–5511
Fax: 316–265–4433
Alternative Phone:
Cell Phone: 316–570–3641
Email: iclark@warriorlawyers.com
*TERMINATED: 02/12/2019*
*LEAD ATTORNEY*
*Designation: Retained*
*Bar Number: 25595*
*Bar Status: Active*

**Jennifer A. Amyx**
Office of Federal Public Defender – Wichita
850 Epic Center
301 North Main Street
Wichita, KS 67202
316–269–6186
Alternative Phone: 316–461–9636
Cell Phone: 316–461–9636
Email: Jennifer_Amyx@fd.org
*TERMINATED: 10/10/2017*
*LEAD ATTORNEY*
*Designation: Public Defender or Community*
*Defender Appointment*
*Bar Number: 24260*
*Bar Status: Active*

**Joshua Sabert Lowther**
Lowther Walker, LLC
101 Marietta Street NW, Suite 3325
Atlanta, GA 30303
404–496–4052
Fax: 866–819–7859
Alternative Phone:
Cell Phone:
Email: jlowther@lowtherwalker.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number:*
*Bar Status: Phv*

**Kurt P. Kerns**
Kerns Law Group
328 North Main
Wichita, KS 67202
316−265−5511
Fax: 316−265−4433
Alternative Phone:
Cell Phone:
Email: kurtpkerns@aol.com
*TERMINATED: 02/12/2019*
*LEAD ATTORNEY*
*Designation: Retained*
*Bar Number: 15028*
*Bar Status: Active*

**Murdoch Walker , II**
Lowther Walker, LLC
101 Marietta Street NW, Suite 3325
Atlanta, GA 30303
843−540−7903
Fax: 866−819−7859
Alternative Phone: 404−496−4052
Cell Phone:
Email: mwalker@lowtherwalker.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number:*
*Bar Status: Phv*

| Pending Counts | Disposition |
|---|---|
| 18:1204 − International parental kidnapping (SUPERSEDING INDICTMENT 07/17/2018) (1s) | 84 months imprisonment (Count 1: 36 months; Count 2: 84 months; Count 3: 84 months; all counts to run concurrently for a total of 84 months); 3 years supervised release (Count 1: 1 year; Count 2: 3 years; Count 3: 3 years; all counts to run concurrently for a total of 3 years); $300 assessment; $18,100 restitution |
| 18:875(b) − Extortionate interstate communications (SUPERSEDING INDICTMENT 07/17/2018) (2s) | 84 months imprisonment (Count 1: 36 months; Count 2: 84 months; Count 3: 84 months; all counts to run concurrently for a total of 84 months); 3 years supervised release (Count 1: 1 year; Count 2: 3 years; Count 3: 3 years; all counts to run |

|  | concurrently for a total of 3 years); $300 assessment; $18,100 restitution |
|---|---|
| 18:875(b) – Extortionate interstate communications (SUPERSEDING INDICTMENT 07/17/2018) (3s) | 84 months imprisonment (Count 1: 36 months; Count 2: 84 months; Count 3: 84 months; all counts to run concurrently for a total of 84 months); 3 years supervised release (Count 1: 1 year; Count 2: 3 years; Count 3: 3 years; all counts to run concurrently for a total of 3 years); $300 assessment; $18,100 restitution |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1204 International parental kidnapping (INDICTMENT 10/11/2017) (1) | Dismissed |
| 18:875(b) – Extortionate interstate communications (SUPERSEDING INDICTMENT 07/17/2018) (4s) | Not guilty |
| 18:875(b) – Extortionate interstate communications (SUPERSEDING INDICTMENT 07/17/2018) (5s) | Not guilty |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:1204 International parental kidnapping; 18:2 Aiding and abetting (COUNT 1) (COMPLAINT 9/25/2017) | |

---

**Plaintiff**

| USA | represented by | **Jared S. Maag** Office of United States Attorney – Topeka 290 US Courthouse 444 SE Quincy |
|---|---|---|

Topeka, KS 66683–3592
785–295–2858
Fax: 785–295–2853
Alternative Phone:
Cell Phone: 785–230–5635
Email: jared.maag@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 17222*
*Bar Status: Active*

**Jason W. Hart**
Office of United States Attorney – Wichita
301 North Main Street, Suite #1200
Wichita, KS 67202–4812
316–269–6684
Fax: 316–269–6484
Alternative Phone:
Cell Phone:
Email: jason.hart2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 20276*
*Bar Status: Active*

**Ryan Christopher McCarty**
Wallace Saunders Austin Brown & Enochs
Chartered – Springfie
844 East Primrose Street
Springfield, MO 65807
816–719–2100
Fax: 417–866–2444
Alternative Phone: 417–761–6951
Cell Phone: 816–719–2100
Email: rmccarty@wallacesaunders.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 24913*
*Bar Status: Active*

**Tanya S. Wilson**
Office of United States Attorney – Topeka
290 US Courthouse
444 SE Quincy
Topeka, KS 66683–3592
785–295–2850
Fax: 785–295–2853
Alternative Phone: 785–295–2661
Cell Phone: 785–230–3396

Email: tanya.wilson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 11116*
*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/25/2017 | 1 | | COMPLAINT as to Bogdana Alexandrovna Mobley (1). (sz) [6:17−mj−06134−GEB] (Entered: 09/26/2017) |
| 09/29/2017 | | | ARREST of Bogdana Alexandrovna Mobley. (mam) [6:17−mj−06134−GEB] (Entered: 09/29/2017) |
| 09/29/2017 | 2 | | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: RULE 5/INITIAL APPEARANCE and DETENTION HEARING as to Bogdana Alexandrovna Mobley held on 9/29/2017. Government motion for detention is granted. Preliminary Hearing set for 10/13/2017 at 01:30 PM in Wichita Courtroom 406 (KGG) before Magistrate Judge Kenneth G. Gale. (Tape #2:40−3:04) (mam) [6:17−mj−06134−GEB] (Entered: 09/29/2017) |
| 09/29/2017 | 3 | | CJA 23 FINANCIAL AFFIDAVIT by Bogdana Alexandrovna Mobley. (mam) [6:17−mj−06134−GEB] (Entered: 09/29/2017) |
| 09/29/2017 | 4 | | ARREST WARRANT returned executed on 9/29/2017 as to Bogdana Alexandrovna Mobley. (mam) [6:17−mj−06134−GEB] (Entered: 10/02/2017) |
| 10/02/2017 | 5 | | ORDER OF DETENTION PENDING TRIAL as to Bogdana Alexandrovna Mobley. Signed by Magistrate Judge Gwynne E. Birzer on 10/2/2017. (mam) [6:17−mj−06134−GEB] (Entered: 10/02/2017) |
| 10/05/2017 | 6 | | ENTRY OF APPEARANCE: by attorney Jennifer A. Amyx appearing for Bogdana Alexandrovna Mobley (Amyx, Jennifer) [6:17−mj−06134−GEB] (Entered: 10/05/2017) |
| 10/09/2017 | 7 | | ENTRY OF APPEARANCE: by attorney Kurt P. Kerns appearing for Bogdana Alexandrovna Mobley (Kerns, Kurt) [6:17−mj−06134−GEB] (Entered: 10/09/2017) |
| 10/10/2017 | 8 | | MOTION to Withdraw Jennifer Amyx as Attorney by Bogdana Alexandrovna Mobley. (Amyx, Jennifer) [6:17−mj−06134−GEB] (Entered: 10/10/2017) |
| 10/10/2017 | 9 | | ORDER TO WITHDRAW granting 8 Motion to Withdraw as Attorney as to Bogdana Alexandrovna Mobley (1). Jennifer A. Amyx, Assistant Federal Public Defender for the District of Kansas, is permitted to withdraw as counsel of record for the defendant. Signed by Magistrate Judge Kenneth G. Gale on 10/10/2017. (mam) [6:17−mj−06134−GEB] (Entered: 10/10/2017) |
| 10/11/2017 | 10 | | MOTION for Reconsideration of Detention Order re 5 Order of Detention entered by Magistrate Judge/Judge Judge Birzer by Bogdana Alexandrovna Mobley. (Kerns, Kurt) [6:17−mj−06134−GEB] (Entered: 10/11/2017) |
| 10/11/2017 | 11 | | |

6

| | | | |
|---|---|---|---|
| | | | NOTICE OF HEARING ON MOTION as to Bogdana Alexandrovna Mobley. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 10 MOTION for Reconsideration of Detention Order re 5 Order of Detention entered by Magistrate Judge Birzer. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Motion Hearing set for 10/12/2017 at 01:30 PM in Wichita Courtroom 326 (GEB) before Magistrate Judge Gwynne E. Birzer. (adc) [6:17–mj–06134–GEB] (Entered: 10/11/2017) |
| 10/11/2017 | 12 | | INDICTMENT as to Bogdana Alexandrovna Mobley (1) count(s) 1. (sz) (Entered: 10/12/2017) |
| 10/12/2017 | 13 | | RESPONSE TO MOTION by USA as to Bogdana Alexandrovna Mobley re 10 MOTION for Reconsideration of Detention Order re 5 Order of Detention entered by Magistrate Judge/Judge Judge Birzer (Hart, Jason) (Entered: 10/12/2017) |
| 10/12/2017 | 14 | | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: ARRAIGNMENT and MOTION HEARING as to Bogdana Alexandrovna Mobley (1): Count 1 held on 10/12/2017. Defendant's Motion for Reconsideration of Detention Order re 5 Order of Detention is denied. Despite the bond report and new information on defendant's health conditions, the weight of evidence against the defendant is strong. The Court is not convinced the defendant is not a flight risk. The defendant was advised of her right to seek a review under 18 U.S.C. § 3145(b). Defendant's next appearance is before Judge Melgren per the Scheduling Order. (Tape #1:29–2:29) (mam) (Entered: 10/12/2017) |
| 10/16/2017 | 15 | | MOTION to Revoke Detention Order re 5 Order of Detention, by Bogdana Alexandrovna Mobley. (Kerns, Kurt). Added MOTION for Hearing on 10/17/2017 (cs). Modified on 10/17/2017 to correct the motion type (aa). Modified on 2/21/2019 to terminate motion per EFM Chambers (sz). (Entered: 10/16/2017) |
| 10/17/2017 | 16 | | ENTRY OF APPEARANCE: by attorney Ian M. Clark appearing for Bogdana Alexandrovna Mobley (Clark, Ian) (Entered: 10/17/2017) |
| 10/19/2017 | 17 | | NOTICE OF HEARING ON MOTION as to Bogdana Alexandrovna Mobley. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 15 MOTION to RevokeMOTION for Hearing : (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Motion Hearing set for 11/2/2017 at 11:00 AM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. (cm) (Entered: 10/19/2017) |
| 10/25/2017 | 18 | | PRETRIAL AND CRIMINAL CASE MANAGEMENT ORDER ENTERED: as to Bogdana Alexandrovna Mobley Status Conference set for 11/27/2017 at 09:15 AM in Wichita Room 414 (EFM) before District Judge Eric F. Melgren. Jury Trial set for 12/12/2017 at 09:00 AM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. Signed by District Judge Eric F. Melgren on 10/25/2017. (cm) (Entered: 10/25/2017) |
| 11/01/2017 | 19 | | RESPONSE TO MOTION by USA as to Bogdana Alexandrovna Mobley re 15 MOTION to RevokeMOTION for Hearing (Hart, Jason) (Entered: 11/01/2017) |
| 11/02/2017 | 20 | | |

| | | | |
|---|---|---|---|
| | | | MINUTE ENTRY for proceedings held before District Judge Eric F. Melgren: denying 15 Motion to Revoke as to Bogdana Alexandrovna Mobley (1); granting 15 Motion for Hearing as to Bogdana Alexandrovna Mobley (1); MOTION HEARING as to Bogdana Alexandrovna Mobley held on 11/2/2017. Defendant was remanded to the custody of the U.S. Marshals pending trial in this matter. (Court Reporter Jo Wilkinson.) (Interpreter Alexander Trofimuk (stand–by only).) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 11/02/2017) |
| 11/02/2017 | 21 | | CERTIFICATE OF FILING OF TRANSCRIPT by Court Reporter Jo Wilkinson (jw) (Entered: 11/02/2017) |
| 11/02/2017 | 22 | | TRANSCRIPT of Motion Hearing held November 2, 2017, as to Bogdana Alexandrovna Mobley before Judge Eric F. Melgren, Court Reporter Jo Wilkinson, 316–315–4334, jo_wilkinson@ksd.uscourts.gov. Transcript purchased by: Messrs. Kerns and Clark. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.** <br><br> Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 1/31/2018. (jw) (Entered: 11/02/2017) |
| 11/02/2017 | 23 | | NOTICE OF APPEAL (Interlocutory) by Bogdana Alexandrovna Mobley re 20 Order on Motion to Revoke,,, Order on Motion for Hearing,,, Motion Hearing,, Filing fee $ 505, Internet Payment Receipt Number AKSDC–4321066. (Kerns, Kurt) (Entered: 11/02/2017) |
| 11/03/2017 | 24 | | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA as to Bogdana Alexandrovna Mobley re 23 Notice of Appeal – Interlocutory. (Attachments: # 1 Preliminary Packet)(sz) (Entered: 11/03/2017) |
| 11/07/2017 | 25 | | APPEAL DOCKETED in 10CCA on 11/3/2017 and assigned Appeal No. 17–3234 re 23 Notice of Appeal – Interlocutory filed by Bogdana Alexandrovna Mobley. (sz) (Entered: 11/07/2017) |
| 11/27/2017 | 26 | | NOTICE OF HEARING as to Defendant Bogdana Alexandrovna Mobley THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) In Limine Conference set for 12/11/2017 at 03:30 PM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. (cm) (Entered: 11/27/2017) |
| 11/27/2017 | 27 | | SEALED MOTION for Leave to File Under Seal by Bogdana Alexandrovna Mobley. (Attachments: # 1 Proposed Sealed Document)(Kerns, Kurt) (Entered: 11/27/2017) |
| 11/27/2017 | 28 | | ORDER granting 27 Sealed Motion for Leave to File Under Seal. Counsel is directed to file forthwith the requested document(s) with an event from the |

| | | | |
|---|---|---|---|
| | | | SEALED DOCUMENTS category as to Bogdana Alexandrovna Mobley (1) Signed by District Judge Eric F. Melgren on 11/27/2017. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 11/27/2017) |
| 11/28/2017 | 29 | | TRIAL ORDER estimated trial time 3 days as to Bogdana Alexandrovna Mobley. In Limine Conference (if required) set for 12/11/2017 at 03:30 PM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. Jury Trial set for 12/12/2017 at 09:00 AM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren with jury selection; preliminary matters before Judge Melgren is set for 8:30 a.m.. See ORDER for additional details. Signed by District Judge Eric F. Melgren on 11/28/2017. (cm) (Entered: 11/28/2017) |
| 12/01/2017 | 32 | | SEALED MOTION for Leave to File Under Seal by USA as to Bogdana Alexandrovna Mobley. (Attachments: # 1 Proposed Sealed Document)(Hart, Jason) (Entered: 12/01/2017) |
| 12/01/2017 | 33 | | MOTION in Limine by USA as to Bogdana Alexandrovna Mobley. (Hart, Jason) (Entered: 12/01/2017) |
| 12/04/2017 | 34 | | MOTION to Continue Motion in Limine and Jury Trial by Bogdana Alexandrovna Mobley. (Kerns, Kurt) (Entered: 12/04/2017) |
| 12/04/2017 | 35 | | ORDER granting 32 Sealed Motion for Leave to File Under Seal. Counsel is directed to file forthwith the requested document(s) with an event from the SEALED DOCUMENTS category as to Bogdana Alexandrovna Mobley (1) Signed by District Judge Eric F. Melgren on 12/4/2017. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 12/04/2017) |
| 12/04/2017 | 36 | | SEALED MOTION by USA as to Bogdana Alexandrovna Mobley. (Hart, Jason) (Entered: 12/04/2017) |
| 12/04/2017 | 37 | | Amended MOTION to Continue Motion in Limine and Jury Trial by Bogdana Alexandrovna Mobley. (Kerns, Kurt) (Entered: 12/04/2017) |
| 12/04/2017 | 38 | | ORDER finding as moot 34 Motion to Continue as to Bogdana Alexandrovna Mobley (1) Signed by District Judge Eric F. Melgren on 12/4/2017. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 12/04/2017) |
| 12/04/2017 | 39 | | ORDER TO CONTINUE granting 37 Motion to Continue. Speedy trial time excluded from 12/12/2017 until 2/28/2018 as to Bogdana Alexandrovna Mobley (1). In Limine Conference set for 2/27/2018 at 02:00 PM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. Jury Trial set for 2/28/2018 at 09:00 AM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. Signed by District Judge Eric F. Melgren on 12/4/2017. (sz) (Entered: 12/04/2017) |
| 12/04/2017 | | | **Set/Reset Hearings as to Bogdana Alexandrovna Mobley: In Limine Conference set for 2/27/2018 at 02:00 PM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. Jury Trial set for 2/28/2018 at 09:00 AM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. (sz)** (Entered: 12/04/2017) |
| 12/12/2017 | 40 | | |

| | | |
|---|---|---|
| | | NOTICE OF HEARING as to Defendant Bogdana Alexandrovna Mobley THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) At the direction of Judge Eric F. Melgren, a STATUS CONFERENCE has been set for 12/13/2017 at 09:30 AM in Wichita Room 414 (EFM) before District Judge Eric F. Melgren. (cm) (Entered: 12/12/2017) |
| 12/13/2017 | 41 | MINUTE ENTRY for proceedings held before District Judge Eric F. Melgren: STATUS CONFERENCE as to Bogdana Alexandrovna Mobley held on 12/13/2017. (Court Reporter Jo Wilkinson.) (cm) (Entered: 12/13/2017) |
| 12/13/2017 | 42 | SEALED ORDER FOR PSYCHOLOGICAL EVALUATION AND EXAMINATION as to Bogdana Alexandrovna Mobley. Signed by District Judge Eric F. Melgren on 12/13/2017. (mam) (Entered: 12/13/2017) |
| 12/18/2017 | 43 | MOTION for attorney Alexey Tarasov to appear pro hac vice by Bogdana Alexandrovna Mobley. (Attachments: # 1 Exhibit Registration Form, # 2 Affidavit)(Kerns, Kurt) (Entered: 12/18/2017) |
| 12/19/2017 | 44 | ORDER DENYING 43 Motion to Appear Pro Hac Vice. Signed by District Judge Eric F. Melgren on 12/19/2017. (cm) Modified on 12/19/2017 to remove the ECF notification registration information. (mam) (Entered: 12/19/2017) |
| 12/19/2017 | 45 | MOTION for attorney Alexey Tarasov to appear pro hac vice ( Pro hac vice fee $50, Credit Card Receipt Number AKSDC–4359695.) by Bogdana Alexandrovna Mobley. (Attachments: # 1 Affidavit Affidavit in support, # 2 Exhibit Pro Hoc Vice ECF registration form)(Kerns, Kurt) (Entered: 12/19/2017) |
| 12/20/2017 | 46 | ORDER granting 45 Motion to Appear Pro Hac Vice by attorney Alexey Tarasov for Bogdana Alexandrovna Mobley. If pro hac vice counsel has not already done so, counsel is directed to immediately register for electronic notification pursuant to the court's Administrative Procedures by completing a CM/ECF Electronic Filing Registration Form at http://www.ksd.uscourts.gov/attorney–electronic–filing–registration–form. Signed by District Judge Eric F. Melgren on 12/20/2017. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mam) (Entered: 12/20/2017) |
| 12/21/2017 | 47 | NOTICE OF CANCELLED HEARING: LIMINE CONFERENCE scheduled for 2/27/2018 and JURY TRIAL scheduled for 2/28/2018 as to Defendant Bogdana Alexandrovna Mobley are cancelled to be rescheduled by the Court at a later date. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 12/21/2017) |
| 12/21/2017 | 48 | MOTION for Medical Exam by Bogdana Alexandrovna Mobley. (Kerns, Kurt) (Entered: 12/21/2017) |
| 12/27/2017 | 49 | MOTION to Inspect by Bogdana Alexandrovna Mobley. (Kerns, Kurt) (Entered: 12/27/2017) |
| 01/02/2018 | 50 | ORDER denied as moot 48 Motion for Medical Exam as to Bogdana Alexandrovna Mobley (1). The Federal Medical Center, Carswell, has advised the Court that Ms. Mobley was assessed by medical staff upon her arrival, and |

| | | | |
|---|---|---|---|
| | | | given appropriate medical treatment. Signed by District Judge Eric F. Melgren on 1/2/2018. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 01/02/2018) |
| 01/02/2018 | 51 | | ORDER granting 49 Motion to Inspect as to Bogdana Alexandrovna Mobley (1) Signed by District Judge Eric F. Melgren on 1/2/2018. (cm) (Entered: 01/02/2018) |
| 01/05/2018 | 52 | | MOTION to Amend/Correct 51 Order on Motion to Inspect by USA as to Bogdana Alexandrovna Mobley. (Hart, Jason) (Entered: 01/05/2018) |
| 01/08/2018 | 53 | | AMENDED ORDER FOR INSPECTION AND REPRODUCTION OF MEDICAL RECORDS granting 52 Motion to Amend/Correct as to Bogdana Alexandrovna Mobley (1). Signed by District Judge Eric F. Melgren on 1/8/2018. (cm) Modified on 1/9/2018 to clarify what is in the order (aa). (Entered: 01/08/2018) |
| 01/10/2018 | 54 | | MANDATE from 10CCA: remanding to the District Court as to Bogdana Alexandrovna Mobley to issue findings of fact and to explain the reasoning behind the detention decision or, alternatively, to order Mobley's pretrial release subject to appropriate conditions.(Appeal No. 17–3234) (Attachments: # 1 Mandate issued letter)(sz) (Entered: 01/10/2018) |
| 01/30/2018 | 55 | | NOTICE OF HEARING as to Defendant Bogdana Alexandrovna Mobley THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Competency Hearing set for 2/12/2018 at 02:00 PM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. (cm) (Entered: 01/30/2018) |
| 01/30/2018 | 56 | | SEALED PSYCHIATRIC REPORT Received (Sealed) as to Bogdana Alexandrovna Mobley. (sz) (Entered: 01/30/2018) |
| 02/12/2018 | 57 | | MINUTE ENTRY for proceedings held before District Judge Eric F. Melgren: COMPETENCY HEARING as to Bogdana Alexandrovna Mobley held on 2/12/2018. Upon agreement of all parties the Court adopts the findings of the medical facility in that the defendant suffers from a mental disease or defect rendering her mentally incompetent to understand the nature and consequences of the proceedings against her or to assist properly in her defense. The Court further, without objection from the parties, adopts the recommendation of FMC Carswell that defendant remain in their care for up to 4 months to see if defendant can be restored to competency. Another hearing will be scheduled within this time frame. (Court Reporter Jo Wilkinson.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 02/12/2018) |
| 02/12/2018 | 58 | | NOTICE OF HEARING as to Defendant Bogdana Alexandrovna Mobley THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Supplemental Competency Hearing set for 6/11/2018 at 10:00 AM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. (cm) (Entered: 02/12/2018) |
| 02/21/2018 | 59 | | SEALED ORDER. Signed by District Judge Eric F. Melgren on 2/21/2018. (sz) (Entered: 02/21/2018) |

| 05/24/2018 | 60 | | MOTION to Continue Supplemental Competency Hearing by USA as to Bogdana Alexandrovna Mobley. (Hart, Jason) (Entered: 05/24/2018) |
|---|---|---|---|
| 05/30/2018 | 61 | | ORDER granting 60 Motion to Continue as to Bogdana Alexandrovna Mobley (1). Competency Hearing reset for 7/26/2018 at 01:30 PM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. Signed by District Judge Eric F. Melgren on 5/30/2018. (sz) (Entered: 05/30/2018) |
| 07/09/2018 | 62 | | SEALED PSYCHIATRIC REPORT Received (Sealed) as to Bogdana Alexandrovna Mobley. (sz) (Entered: 07/10/2018) |
| 07/17/2018 | 63 | | SUPERSEDING INDICTMENT as to Bogdana Alexandrovna Mobley (1): counts 1s–5s. (aa) (Entered: 07/18/2018) |
| 07/20/2018 | 64 | | WAIVER of appearance *for July 26 Competency Hearing* by Bogdana Alexandrovna Mobley (Kerns, Kurt) (Entered: 07/20/2018) |
| 07/26/2018 | 65 | | ORDER to USMs as to Bogdana Alexandrovna Mobley. Signed by District Judge Eric F. Melgren on 7/26/2018. (cm) (Entered: 07/26/2018) |
| 07/26/2018 | 66 | | MINUTE ENTRY for proceedings held before District Judge Eric F. Melgren: COMPETENCY HEARING as to Bogdana Alexandrovna Mobley held on 7/26/2018. Defendant deemed competent to assist in her defense. As soon as defendant is returned to Kansas additional hearings will be scheduled. (Court Reporter Jo Wilkinson.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 07/26/2018) |
| 07/26/2018 | 67 | | NOTICE OF HEARING as to Defendant Bogdana Alexandrovna Mobley THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Jury Trial set for 9/18/2018, 9/19/2018, and 9/20/2018 at 9:00 AM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. (cm) (Entered: 07/26/2018) |
| 08/02/2018 | 68 | | NOTICE OF HEARING as to Defendant Bogdana Alexandrovna Mobley THIS IS AN OFFICIAL NOTICE FOR THIS HEARING Arraignment on Superseding Indictment set for 8/8/2018 at 01:30 PM in Wichita Courtroom 406 (KGG) before Magistrate Judge Kenneth G. Gale. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(cc) (Entered: 08/02/2018) |
| 08/02/2018 | 69 | | NOTICE OF HEARING ON MOTION as to Bogdana Alexandrovna Mobley. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 15 MOTION to Revoke, MOTION for Hearing : (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Due to Remand from 10th Circuit Court of Appeals, the Motion Hearing is set for 8/8/2018 at 10:00 AM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. (cm) (Entered: 08/02/2018) |
| 08/06/2018 | 70 | | MOTION to Continue Detention Hearing by Bogdana Alexandrovna Mobley. (Kerns, Kurt) (Entered: 08/06/2018) |
| 08/06/2018 | 71 | | ORDER granting 70 Motion to Continue Detention Hearing as to Bogdana Alexandrovna Mobley (1). The Court will reschedule the hearing at a later date as stated in the order. Signed by District Judge Eric F. Melgren on 8/6/2018. (cm) (Entered: 08/06/2018) |

| 08/08/2018 | 72 | | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: ARRAIGNMENT as to Bogdana Alexandrovna Mobley (1) Count 1s,2s−5s held on 8/8/2018. Defendant's next appearance per Scheduling Order or Judge Melgren. (Tape #1:37–1:40.) (sz) (Entered: 08/08/2018) |
|---|---|---|---|
| 08/24/2018 | 73 | | NOTICE OF HEARING as to Defendant Bogdana Alexandrovna Mobley THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)At the direction of Judge Eric F. Melgren, the JURY TRIAL IS RE–SET for 9/17/2018 at 01:30 PM; 9/18/2018 at 08:30 AM; and 9/19/2018 at 08:30 AM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. (cm) (Entered: 08/24/2018) |
| 08/24/2018 | 74 | | TRIAL ORDER estimated trial time 3 days as to Bogdana Alexandrovna Mobley. See Order for Filing deadlines – Jury Trial set for 9/17/2018 at 01:30 PM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. Signed by District Judge Eric F. Melgren on 8/24/2018. (cm) (Entered: 08/24/2018) |
| 08/27/2018 | | | **Set Deadlines/Hearings of the Same Type – Public: Jury Trial set for 9/18/2018 at 08:30 AM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. Jury Trial also set for 9/19/2018 at 08:30 AM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. (aa)** (Entered: 08/27/2018) |
| 08/28/2018 | 75 | | MOTION to Continue Jury Trial by Bogdana Alexandrovna Mobley. (Kerns, Kurt) (Entered: 08/28/2018) |
| 08/28/2018 | 76 | | ORDER TO CONTINUE granting 75 Motion to Continue. Speedy trial time excluded from 9/17/2018 until 12/4/2018 as to Bogdana Alexandrovna Mobley (1). Jury Trial set for 12/4/2018 at 09:00 AM in Wichita Room 408 (EFM) before District Judge Eric F. Melgren. The deadlines now set out in the Trial Management Order shall be vacated and a revised . Trial Management Order will be issued closer to actual trial date. Signed by District Judge Eric F. Melgren on 8/28/2018. (sz) (Entered: 08/28/2018) |
| 08/29/2018 | | | **Set/Reset Deadlines/Hearings as to Bogdana Alexandrovna Mobley: Jury Trial set for 12/4/2018 at 09:00 AM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. Entry to reflect courtroom number change. sz)** (Entered: 08/29/2018) |
| 09/25/2018 | 77 | | LETTER from Defendant Bogdana Alexandrovna Mobley. (mam) (Entered: 09/27/2018) |
| 10/03/2018 | 78 | | MOTION to Withdraw Kurt P. Kerns, Ian Clark, and Alexey V. Tarasov as Attorney by Bogdana Alexandrovna Mobley. (Kerns, Kurt) (Entered: 10/03/2018) |
| 10/04/2018 | 79 | | NOTICE OF HEARING ON MOTION as to Bogdana Alexandrovna Mobley. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 78 MOTION to Withdraw Kurt P. Kerns, Ian Clark, and Alexey V. Tarasov as Attorney : (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Motion Hearing set for 10/18/2018 at 01:30 PM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. (cm) (Entered: 10/04/2018) |

| | | | |
|---|---|---|---|
| 10/18/2018 | 80 | | MINUTE ENTRY for proceedings held before District Judge Eric F. Melgren: for reasons as stated on the record, the Court is denying 78 Motion to Withdraw as Attorney as to Bogdana Alexandrovna Mobley (1); MOTION HEARING as to Bogdana Alexandrovna Mobley held on 10/18/2018. (Court Reporter Jo Wilkinson.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 10/18/2018) |
| 11/08/2018 | 81 | | MOTION for Release from Custody by Bogdana Alexandrovna Mobley. (Kerns, Kurt) (Entered: 11/08/2018) |
| 11/08/2018 | 82 | | NOTICE OF HEARING ON MOTION as to Bogdana Alexandrovna Mobley. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 81 MOTION for Release from Custody : (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Motion Hearing set for 11/16/2018 at 01:30 PM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. (cm) (Entered: 11/08/2018) |
| 11/08/2018 | 83 | | ORDER as to Bogdana Alexandrovna Mobley re 81 MOTION for Release from Custody filed by Bogdana Alexandrovna Mobley. The Court sets an Expedited Response Deadlline for the Motion to Release. Response is due by 12:00 noon on 11/15/2018. Signed by District Judge Eric F. Melgren on 11/8/2018. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 11/08/2018) |
| 11/13/2018 | 84 | | LETTER from Defendant Bogdana Alexandrovna Mobley. (Attachments: # 1 Attachment) (mam) (Entered: 11/14/2018) |
| 11/14/2018 | 85 | | TRIAL ORDER as to Bogdana Alexandrovna Mobley. Estimated trial time 4 days. Jury Trial set for 12/4/2018 at 09:00 AM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. SEE ORDER FOR SPECIFIC FILING DEADLINES AND INSTRUCTIONS. Signed by District Judge Eric F. Melgren on 11/14/2018. (cm) (Entered: 11/14/2018) |
| 11/15/2018 | 86 | | RESPONSE TO MOTION by USA as to Bogdana Alexandrovna Mobley re 81 MOTION for Release from Custody (Hart, Jason) (Entered: 11/15/2018) |
| 11/16/2018 | 87 | | NOTICE OF HEARING ON MOTION as to Bogdana Alexandrovna Mobley. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 81 MOTION for Release from Custody : (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Motion Hearing set for 11/20/2018 at 09:00 AM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. (cm) (Entered: 11/16/2018) |
| 11/16/2018 | 88 | | MINUTE ENTRY for proceedings held before District Judge Eric F. Melgren: MOTION HEARING as to Bogdana Alexandrovna Mobley held on 11/16/2018 re 81 MOTION for Release from Custody filed by Bogdana Alexandrovna Mobley. This hearing did not conclude and will resume on 11/20/2018. (Court Reporter Jo Wilkinson) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 11/16/2018) |
| 11/19/2018 | 89 | | TRANSCRIPT of Motion Hearing held November 16, 2018, as to Bogdana Alexandrovna Mobley before Judge Eric F. Melgren, Court Reporter Jo Wilkinson, 316–315–4334, jo_wilkinson@ksd.uscourts.gov. Transcript purchased by: Mr. Jason Hart. |

| | | | |
|---|---|---|---|
| | | | **NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 2/19/2019. (jw) (Entered: 11/19/2018) |
| 11/19/2018 | 90 | | Second MOTION to Continue Jury Trial by Bogdana Alexandrovna Mobley. (Kerns, Kurt) (Entered: 11/19/2018) |
| 11/20/2018 | 91 | | MINUTE ENTRY for proceedings held before District Judge Eric F. Melgren: MOTION HEARING as to Bogdana Alexandrovna Mobley held on 11/20/2018 re 81 MOTION for Release from Custody filed by Bogdana Alexandrovna Mobley. (Court Reporter Jo Wilkinson) (Attachments: # 1 Witness Sheet, # 2 Exhibit List Plaintiff, # 3 Exhibit List Defendant) (cm) (Entered: 11/20/2018) |
| 11/20/2018 | 92 | | ORDER granting 90 MOTION TO CONTINUE TRIAL SETTING. Speedy trial time excluded from 12/4/2018 until 3/5/2019 as to Bogdana Alexandrovna Mobley (1). Jury Trial is reset for 3/5/2019 at 09:00 AM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. The deadlines now set out in the Trial Management Order (Doc. 85 ) shall be advanced and substituted for later deadlines to be listed in a revised Trial Management Order. Signed by District Judge Eric F. Melgren on 11/20/2018. (mam) (Entered: 11/20/2018) |
| 11/21/2018 | 93 | | NOTICE of Returned Exhibits as to Bogdana Alexandrovna Mobley re 91 Motion Hearing. Original exhibits given to the Court by the Government during the Motion Hearing were returned, via hand delivery, to the Government. (cm) (Entered: 11/21/2018) |
| 12/18/2018 | 94 | | NOTICE OF HEARING as to Defendant Bogdana Alexandrovna Mobley THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Status Conference set for 2/11/2019 at 01:30 PM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. (cm) (Entered: 12/18/2018) |
| 02/04/2019 | 95 | | MOTION TO TRANSFER CASE by Bogdana Alexandrovna Mobley. (mam) (Entered: 02/05/2019) |
| 02/06/2019 | 96 | | NOTICE OF HEARING ON MOTION as to Bogdana Alexandrovna Mobley. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 95 MOTION : (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Motion Hearing set for 2/11/2019 at 01:30 PM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. This hearing will be held in conjunction with the scheduled status conference.(cm) (Entered: 02/06/2019) |
| 02/08/2019 | 97 | | MOTION to Withdraw Alexey V. Tarasov as Attorney by Bogdana Alexandrovna Mobley. (Kerns, Kurt) (Entered: 02/08/2019) |

| 02/08/2019 | 98 | | NOTICE OF HEARING ON MOTION as to Bogdana Alexandrovna Mobley. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 97 MOTION to Withdraw Alexey V. Tarasov as Attorney : (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Motion Hearing set for 2/11/2019 at 01:30 PM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. This hearing be in conjunction with all other matters to be addressed at this time.(cm) (Entered: 02/08/2019) |
|---|---|---|---|
| 02/11/2019 | 99 | | MINUTE ENTRY for proceedings held before District Judge Eric F. Melgren: for reasons as stated on the record, the Court is denying 95 Motion for Order as to Bogdana Alexandrovna Mobley (1); MOTION HEARING as to Bogdana Alexandrovna Mobley held on 2/11/2019 ; STATUS CONFERENCE as to Bogdana Alexandrovna Mobley held on 2/11/2019. The Court has indicated the trial date of 3/5/2019 is a set date. (Court Reporter Jo Wilkinson) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 02/11/2019) |
| 02/12/2019 | 100 | | MOTION for attorney Murdoch Walker II to appear pro hac vice (Pro hac vice fee $50, Credit Card Receipt Number AKSDC–4711689.) by Bogdana Alexandrovna Mobley. (Attachments: # 1 Affidavit Affidavit in Support of Motion, # 2 ECF Registration Form ECF Registration)(Divine, Craig) (Entered: 02/12/2019) |
| 02/12/2019 | 101 | | ENTRY OF APPEARANCE by Bogdana Alexandrovna Mobley. (Divine, Craig) Modified on 2/12/2019 to change name of document(sz). (Entered: 02/12/2019) |
| 02/12/2019 | 102 | | ORDER TO WITHDRAW granting 97 Motion to Withdraw as Attorney as to Bogdana Alexandrovna Mobley (1). Kurt P. Kerns, Ian Clark, and Alexey V. Tarasov, are withdrawn as counsel of record for the defendant. Signed by District Judge Eric F. Melgren on 2/12/2019. (sz) (Entered: 02/12/2019) |
| 02/12/2019 | 103 | | ORDER granting 100 Motion to Appear Pro Hac Vice by attorney Murdoch Walker, II for Bogdana Alexandrovna Mobley. If pro hac vice counsel has not already done so, counsel is directed to immediately register for electronic notification pursuant to the court's Administrative Procedures by completing a CM/ECF Electronic Filing Registration Form at http://www.ksd.uscourts.gov/attorney–electronic–filing–registration–form as to Bogdana Alexandrovna Mobley (1). Signed by District Judge Eric F. Melgren on 2/12/2019. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (sz) (Entered: 02/12/2019) |
| 02/14/2019 | 104 | | TRIAL ORDER as to Bogdana Alexandrovna Mobley. Jury Trial set for 3/5/2019 at 09:00 AM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. Signed by District Judge Eric F. Melgren on 2/14/2019. (cm) (Entered: 02/14/2019) |
| 02/16/2019 | 105 | | MOTION for attorney Joshua Lowther to appear pro hac vice (Pro hac vice fee $50, Credit Card Receipt Number AKSDC–4716338.) by Bogdana Alexandrovna Mobley. (Attachments: # 1 Affidavit, # 2 ECF Registration Form)(Divine, Craig) (Entered: 02/16/2019) |
| 02/20/2019 | 106 | | ORDER granting 105 Motion to Appear Pro Hac Vice by attorney Joshua Sabert Lowther for Bogdana Alexandrovna Mobley. If pro hac vice counsel has not already done so, counsel is directed to immediately register for |

| | | | |
|---|---|---|---|
| | | | electronic notification pursuant to the court's Administrative Procedures by completing a CM/ECF Electronic Filing Registration Form at http://www.ksd.uscourts.gov/attorney–electronic–filing–registration–form as to Bogdana Alexandrovna Mobley (1). Signed by District Judge Eric F. Melgren on 2/20/2019. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (sz) (Entered: 02/20/2019) |
| 02/27/2019 | 107 | | WITNESS LIST by Bogdana Alexandrovna Mobley (Attachments: # 1 Witness Sheet)(Divine, Craig) (Entered: 02/27/2019) |
| 02/27/2019 | 108 | | EXHIBIT LIST by USA as to Bogdana Alexandrovna Mobley (Hart, Jason) (Entered: 02/27/2019) |
| 02/27/2019 | 109 | | WITNESS LIST by USA as to Bogdana Alexandrovna Mobley (Hart, Jason) (Entered: 02/27/2019) |
| 02/27/2019 | 110 | | Third MOTION in Limine by USA as to Bogdana Alexandrovna Mobley. (Hart, Jason) (Entered: 02/27/2019) |
| 02/28/2019 | 111 | | NOTICE OF HEARING as to Defendant Bogdana Alexandrovna Mobley THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Pretrial/Limine Conference set for 3/4/2019 at 03:00 PM in Wichita Room 414 (EFM) before District Judge Eric F. Melgren. Defendant will not be in attendance unless requested by counsel.(cm) (Entered: 02/28/2019) |
| 02/28/2019 | 112 | | NOTICE OF HEARING as to Defendant Bogdana Alexandrovna Mobley THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) At request of counsel, the PRETRIAL/LIMINE CONFERENCE SET FOR 3/4/2019 at 03:00 PM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. NOTE: THIS IS A LOCATION CHANGE TO THE COURTROOM INSTEAD OF JUDGE'S CHAMBERS.(cm) (Entered: 02/28/2019) |
| 03/01/2019 | 113 | | SEALED MOTION for Leave to File Under Seal by Bogdana Alexandrovna Mobley. (Attachments: # 1 Proposed Sealed Document Response to United States' Sealed Motion in Limine)(Divine, Craig) (Entered: 03/01/2019) |
| 03/01/2019 | 114 | | RESPONSE TO MOTION by Bogdana Alexandrovna Mobley re 110 Third MOTION in Limine , 33 MOTION in Limine (Divine, Craig) (Entered: 03/01/2019) |
| 03/01/2019 | 115 | | MOTION to Dismiss Indictment by Bogdana Alexandrovna Mobley. (Divine, Craig) (Entered: 03/01/2019) |
| 03/01/2019 | 116 | | PROPOSED VOIR DIRE QUESTIONS by Bogdana Alexandrovna Mobley (Divine, Craig) (Entered: 03/01/2019) |
| 03/04/2019 | 117 | | ORDER granting 113 Sealed Motion for Leave to File Under Seal. Counsel is directed to file forthwith the requested document(s) with an event from the SEALED DOCUMENTS category as to Bogdana Alexandrovna Mobley (1) Signed by District Judge Eric F. Melgren on 3/4/2019. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 03/04/2019) |

| 03/04/2019 | 118 | | RESPONSE TO MOTION by USA as to Bogdana Alexandrovna Mobley re 115 MOTION to Dismiss Indictment (Hart, Jason) (Entered: 03/04/2019) |
|---|---|---|---|
| 03/04/2019 | 119 | | TRIAL BRIEF by USA as to Bogdana Alexandrovna Mobley (Hart, Jason) (Entered: 03/04/2019) |
| 03/04/2019 | 120 | | PROPOSED JURY INSTRUCTIONS by USA as to Bogdana Alexandrovna Mobley (Hart, Jason) (Entered: 03/04/2019) |
| 03/04/2019 | 121 | | SEALED RESPONSE by Bogdana Alexandrovna Mobley re 36 SEALED MOTION (Divine, Craig) (Entered: 03/04/2019) |
| 03/04/2019 | 122 | | ENTRY OF APPEARANCE on behalf of USA by Ryan Christopher McCarty (McCarty, Ryan) (Entered: 03/04/2019) |
| 03/04/2019 | 123 | | EXHIBIT LIST by USA as to Bogdana Alexandrovna Mobley (Hart, Jason) (Entered: 03/04/2019) |
| 03/04/2019 | 124 | | MINUTE ENTRY for proceedings held before District Judge Eric F. Melgren: granting as unopposed 33 Motion in Limine as to Bogdana Alexandrovna Mobley (1); for reasons as stated on the record–granting 36 Sealed Motion as to Bogdana Alexandrovna Mobley (1); granting as unopposed 110 Motion in Limine as to Bogdana Alexandrovna Mobley (1); for reasons as stated on the record–denying 115 Motion to Dismiss Indictment as to Bogdana Alexandrovna Mobley (1); PRETRIAL/LIMINE CONFERENCE as to Bogdana Alexandrovna Mobley held on 3/4/2019. (Court Reporter Jo Wilkinson) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 03/04/2019) |
| 03/05/2019 | 125 | | MINUTE ENTRY for proceedings held before District Judge Eric F. Melgren: JURY TRIAL BEGAN as to Bogdana Alexandrovna Mobley held on 3/5/2019. (Court Reporter Jo Wilkinson) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 03/05/2019) |
| 03/06/2019 | 126 | | MINUTE ENTRY for proceedings held before District Judge Eric F. Melgren: JURY TRIAL as to Bogdana Alexandrovna Mobley held on 3/6/2019. (Court Reporter Jo Wilkinson) (Attachments: # 1 Witness Sheet, # 2 Exhibit List Plaintiff) (cm) (Entered: 03/06/2019) |
| 03/06/2019 | 127 | | NOTICE OF HEARING as to Defendant Bogdana Alexandrovna Mobley THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Sentencing set for 5/20/2019 at 02:00 PM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. (cm) (Entered: 03/06/2019) |
| 03/06/2019 | 128 | | JURY VERDICT as to Bogdana Alexandrovna Mobley (1). Guilty on Count 1s,2s,3s. Not Guilty on Count 4s,5s. (sz) (Additional attachment(s) added on 3/7/2019: # 1 ***Unredacted Main Document***) (sz). (Entered: 03/07/2019) |
| 03/18/2019 | 129 | | MOTION for Acquittal by Bogdana Alexandrovna Mobley. (Divine, Craig) (Entered: 03/18/2019) |
| 03/18/2019 | 130 | | MOTION for New Trial by Bogdana Alexandrovna Mobley. (Divine, Craig) (Entered: 03/18/2019) |

| 03/20/2019 | 131 | | RESPONSE TO MOTION by USA as to Bogdana Alexandrovna Mobley re 129 MOTION for Acquittal (Hart, Jason) (Entered: 03/20/2019) |
| 03/21/2019 | 132 | | RESPONSE TO MOTION by USA as to Bogdana Alexandrovna Mobley re 130 MOTION for New Trial (Hart, Jason) (Entered: 03/21/2019) |
| 03/26/2019 | 133 | | JURY INSTRUCTIONS as to Bogdana Alexandrovna Mobley. These instructions were not filed at the conclusion of the trial. This entry corrects that error. (cm) (Entered: 03/26/2019) |
| 03/27/2019 | 134 | | MEMORANDUM AND ORDER denying 129 Motion for Acquittal as to Bogdana Alexandrovna Mobley (1); denying 130 Motion for New Trial as to Bogdana Alexandrovna Mobley (1). Signed by District Judge Eric F. Melgren on 3/27/2019. (cm) (Entered: 03/27/2019) |
| 05/08/2019 | 135 | | MOTION to Continue Sentencing Hearing by Bogdana Alexandrovna Mobley. (Divine, Craig) (Entered: 05/08/2019) |
| 05/09/2019 | 136 | | ORDER granting 135 Motion to Continue Sentencing as to Bogdana Alexandrovna Mobley (1). Sentencing set for 6/6/2019 at 01:30 PM in Wichita Courtroom 408 (EFM) before District Judge Eric F. Melgren. Objections to Presentence Investigation Report are due on or before 5/16/2019. Signed by District Judge Eric F. Melgren on 5/9/2019. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 05/09/2019) |
| 05/30/2019 | 137 | | PRESENTENCE INVESTIGATION REPORT as to Bogdana Alexandrovna Mobley<br><br>**(NOTE: Access to this document is restricted to the USA and this defendant.)**<br><br>(USPO) (Entered: 05/30/2019) |
| 06/04/2019 | 138 | | MOTION to Disqualify Judge *Eric F. Melgren* by Bogdana Alexandrovna Mobley. (Attachments: # 1 Exhibit)(Divine, Craig) (Entered: 06/04/2019) |
| 06/05/2019 | 139 | | ORDER denying 138 Motion to Disqualify Judge as to Bogdana Alexandrovna Mobley (1). Signed by District Judge Eric F. Melgren on 6/5/2019. (cm) (Entered: 06/05/2019) |
| 06/06/2019 | 140 | | MINUTE ENTRY for proceedings held before District Judge Eric F. Melgren: SENTENCING HEARING held on 6/6/2019 as to defendant Bogdana Alexandrovna Mobley. (Court Reporter Jo Wilkinson) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 06/06/2019) |
| 06/07/2019 | 141 | | JUDGMENT as to Bogdana Alexandrovna Mobley (1), Count(s) 1, Dismissed; Count(s) 1s,2s & 3s, 84 months imprisonment (Count 1: 36 months; Count 2: 84 months; Count 3: 84 months; all counts to run concurrently for a total of 84 months); 3 years supervised release (Count 1: 1 year; Count 2: 3 years; Count 3: 3 years; all counts to run concurrently for a total of 3 years); $300 assessment; $18,100 restitution. Count(s) 4s, 5s, Not guilty. Signed by District Judge Eric F. Melgren on 6/7/2019. (sz) (Entered: 06/07/2019) |

| 06/07/2019 | 142 | | STATEMENT OF REASONS as to Bogdana Alexandrovna Mobley re 141 Judgment. **(NOTE: Access to this document is restricted to the USA and this defendant.)** (sz) (Entered: 06/07/2019) |
|---|---|---|---|
| 06/11/2019 | 143 | | NOTICE OF DISPOSITION OF PASSPORT as to Bogdana Alexandrovna Mobley. Passport Number 513389156; Certified Tracking Number 70190700000059272960. Mailed to U.S. Department of State. (sz) (Entered: 06/11/2019) |
| 06/12/2019 | 144 | | ENTRY OF APPEARANCE on behalf of USA by Tanya S. Wilson (Wilson, Tanya) (Entered: 06/12/2019) |
| 06/21/2019 | 145 | | NOTICE OF APPEAL TO 10CCA by Bogdana Alexandrovna Mobley. (sz) (Entered: 06/21/2019) |
| 06/21/2019 | | | APPEAL FEE STATUS: filing fee not paid re: Notice of Appeal 145 on behalf of Defendant Bogdana Alexandrovna Mobley. CJA 23 filed on 9/29/2017. (THIS IS A TEXT ONLY ENTRY–NO DOCUMENT IS ASSOCIATED WITH THIS TRANSACTION) (sz) (Entered: 06/21/2019) |
| 06/21/2019 | 146 | | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA as to Bogdana Alexandrovna Mobley re 145 Notice of Appeal. (Attachments: # 1 Preliminary Packet)(sz) (Entered: 06/21/2019) |
| 06/21/2019 | 148 | | APPEAL DOCKETED in 10CCA on 6/21/2019 and assigned Appeal No. 19–3122 re 145 Notice of Appeal filed by Bogdana Alexandrovna Mobley. (sz) (Entered: 06/26/2019) |
| 06/25/2019 | 147 | | CERTIFIED MAIL RECEIPT returned re 143 Notice of Disposition of Passport addressed to U. S. Department of State. (sz) (Entered: 06/26/2019) |
| 07/09/2019 | 149 | | LETTER FROM 10CCA as to Bogdana Alexandrovna Mobley re filing fee. Unless the fees are paid to the district court clerk or an application for leave to proceed without prepayment of fees is made to this court within 10 days of the date of this letter, this appeal may be dismissed without further notice. See 10th Cir. R. 3.3(B) and 10th Cir. R. 42.1.( Appeal No. 19–3122) (sz) (Entered: 07/09/2019) |
| 07/15/2019 | | | APPEAL FEE PAID in the amount of $ 505, Receipt number W4631019221 as to Bogdana Alexandrovna Mobley re Notice of Appeal 145 . (THIS IS A TEXT ONLY ENTRY–NO DOCUMENT IS ASSOCIATED WITH THIS TRANSACTION) (sz) (Entered: 07/15/2019) |
| 07/23/2019 | 150 | | TRANSCRIPT ORDER FORM by Court Reporter Jo Wilkinson ordering transcripts of 3–5–19 and 3–6–19 jury trial (wrong dates on form) and 6–6–19 sentencing re 145 Notice of Appeal filed by Bogdana Alexandrovna Mobley, 23 Notice of Appeal – Interlocutory filed by Bogdana Alexandrovna Mobley. (Appeal No. 19–3122) Transcript due by 8/11/2019. (jw) Modified on 7/23/2019 to change the due date. (mam) (Entered: 07/23/2019) |
| 08/05/2019 | 151 | | CERTIFICATE OF FILING OF TRANSCRIPTS by Court Reporter Jo Wilkinson (jw) (Entered: 08/05/2019) |

| 08/05/2019 | 152 | | TRANSCRIPT of Motion Hearing held March 4, 2019, as to Bogdana Alexandrovna Mobley before Judge Eric F. Melgren, Court Reporter Jo Wilkinson, 316–315–4334, jo_wilkinson@ksd.uscourts.gov. Transcript purchased by: Mr. Joshua Lowther.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 11/4/2019. (jw) (Entered: 08/05/2019) |
| 08/05/2019 | 153 | | TRANSCRIPT of Jury Trial Volume I (excluding voir dire) held March 5, 2019, as to Bogdana Alexandrovna Mobley before Judge Eric F. Melgren, Court Reporter Jo Wilkinson, 316–315–4334, jo_wilkinson@ksd.uscourts.gov. Transcript purchased by: Mr. Joshua Lowther. Volume: Volume I.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 11/4/2019. (jw) (Entered: 08/05/2019) |
| 08/05/2019 | 154 | | TRANSCRIPT of Jury Trial Volume II held March 6, 2019, as to Bogdana Alexandrovna Mobley before Judge Eric F. Melgren, Court Reporter Jo Wilkinson, 316–315–4334, jo_wilkinson@ksd.uscourts.gov. Transcript purchased by: Mr. Joshua Lowther. Volume: II.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript |

| | | | |
|---|---|---|---|
| | | | Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 11/4/2019. (jw) (Entered: 08/05/2019) |
| 08/05/2019 | 155 | | TRANSCRIPT of Sentencing Hearing held June 6, 2019, as to Bogdana Alexandrovna Mobley before Judge Eric F. Melgren, Court Reporter Jo Wilkinson, 316–315–4334, jo_wilkinson@ksd.uscourts.gov. Transcript purchased by: Mr. Joshua Lowther.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Release of Transcript Restriction set for 11/4/2019. (jw) (Entered: 08/05/2019) |
| 08/14/2019 | 156 | | LETTER TO 10CCA stating record is complete as to Bogdana Alexandrovna Mobley re 145 Notice of Appeal. ( Appeal No. 19–3122) (sz) (Entered: 08/14/2019) |
| 03/23/2020 | 157 | | SEALED MOTION by Bogdana Alexandrovna Mobley. (sz) (Entered: 03/23/2020) |
| 03/24/2020 | 158 | | ORDER: This matter is currently pending on appeal to the U. S. Court of Appeals for the Tenth Circuit. Due to that status, this Court is without jurisdiction to consider this motion. The motion at 157 Motion to Reduce Sentence – First Step Act as to Bogdana Alexandrovna Mobley (1) is hereby DENIED. Signed by District Judge Eric F. Melgren on 3/24/2020.Mailed to pro se party Bogdana Mobley by regular mail (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 03/24/2020) |
| 07/13/2020 | 159 | | MOTION for Release from Custody by Bogdana Alexandrovna Mobley (Titled "Emergency Motion for Release Pending Appeal"). (sz) (Entered: 07/13/2020) |
| 07/21/2020 | 160 | | ENTRY OF APPEARANCE on behalf of USA by Jared S. Maag (Maag, Jared) (Entered: 07/21/2020) |
| 07/27/2020 | 161 | | RESPONSE TO MOTION by USA as to Bogdana Alexandrovna Mobley re 159 MOTION for Release from Custody (Hart, Jason) (Entered: 07/27/2020) |
| 08/20/2020 | 162 | | SUPPLEMENT to 159 MOTION for Release from Custody by Bogdana Alexandrovna Mobley. (Titled "Supplemental Letter to Emergency Motion for Release Pending Appeal Under Seal") (sz) (Entered: 08/20/2020) |
| 09/04/2020 | 163 | | SEALED MOTION by Bogdana Alexandrovna Mobley. (mam) (Entered: 09/04/2020) |
| 09/08/2020 | 164 | | |

| | | | |
|---|---|---|---|
| | | | ORDER denying <u>163</u> Sealed Motion as to Bogdana Alexandrovna Mobley (1) as the 10th Circuit Court of Appeals has not issued its Mandate on its Order. Signed by District Judge Eric F. Melgren on 9/8/2020. Mailed to pro se party Bogdana Alexandrovna Mobley by regular mail. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 09/08/2020) |
| 09/14/2020 | <u>165</u> | | MANDATE from 10CCA: affirmed in part and reversed in part. The case is remanded to the United States District Court for the District of Kansas for further proceedings in accordance with the opinion of this court as to Bogdana Alexandrovna Mobley. (Appeal No. 19–3122) (Attachments: # <u>1</u> Opinion, # <u>2</u> Mandate issued letter)(sz) (Entered: 09/15/2020) |
| 09/21/2020 | <u>166</u> | | EMERGENCY MOTION FOR IMMEDIATE RELEASE PENDING RE–SENTENCING by Bogdana Alexandrovna Mobley. (sz) (Entered: 09/21/2020) |
| 09/22/2020 | 167 | | ORDER as to Bogdana Alexandrovna Mobley re <u>166</u> MOTION for Release from Custody filed by Bogdana Alexandrovna Mobley; Government Response deadline is 10/14/2020. Signed by District Judge Eric F. Melgren on 9/22/2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 09/22/2020) |
| 09/22/2020 | | | NOTICE re Pro Se Mailing. Document 167 Order mailed on 9/22/2020 to Bogdana Alexandrovna Mobley at Danbury FCI by regular mail. (mam) (Entered: 09/22/2020) |
| 10/13/2020 | <u>168</u> | | RESPONSE TO MOTION by USA as to Bogdana Alexandrovna Mobley re <u>166</u> MOTION for Release from Custody (Hart, Jason) (Entered: 10/13/2020) |
| 10/14/2020 | <u>169</u> | | ORDER as to Bogdana Alexandrovna Mobley re <u>165</u> Mandate from 10th Circuit Court of Appeals. The U S Marshals are directed to return defendant to this Court to conduct proceedings as directed by the 10th Circuit. Signed by District Judge Eric F. Melgren on 10/14/2020. (cm) (Entered: 10/14/2020) |
| 10/19/2020 | <u>170</u> | | NOTICE OF APPEAL TO 10CCA as to defendant Bogdana Alexandrovna Mobley Filing fee $ 505, Internet Payment Receipt Number AKSDC–5292114. (Divine, Craig) (Entered: 10/19/2020) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | Case No.: 17-10142-EFM |
| | ) | |
| BOGDANA ALEXANDROVNA | ) | |
| MOBLEY, | ) | |
| | ) | |
| *Defendant*. | ) | |

ORDER

Pursuant to the Mandate issued on September 14, 2020 from the 10th Circuit Court of Appeals, the United States Marshals Service is directed to return the above Defendant to this Court to conduct all proceedings necessary as directed by the 10th Circuit Court of Appeals.

IT IS SO ORDERED.

Dated this 14th day of October, 2020.

*Eric F Melgren*

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
### WICHITA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 6:17-CR-10142-EFM-1 |
| v. | ) | |
| | ) | |
| BOGDANA ALEXANDROVNA MOBLEY | ) | |

## NOTICE OF APPEAL

Ms. BOGDANA ALEXANDROVNA MOBLEY, pursuant Fed. R. App. P.

4(b)(1)(A)(1), hereby respectfully notifies this Court of her appeal from its Order

(Oct. 14, 2020, ECF No. 169) to the United States Court of Appeals for

the Tenth Circuit.

Date:        October 19, 2020

Respectfully submitted,

*s/ Craig M. Divine, Esq.*
Craig M. Divine, Esq.
Kan. Bar # 24747
divinelaw@live.com

Divine Law Office, LLC
104 W 9th St., Ste. 404
Kansas City, MO 64105
T 816.474.2240

1

s/ *Joshua Sabert Lowther, Esq.*
Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
M 912.596.2935
jlowther@lowtherwalker.com

s/ *Murdoch Walker, II, Esq.*
Murdoch Walker, II, Esq.
Ga. Bar # 163417
M 843.540.7903
mwalker@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
http://www.lowtherwalker.com

Attorneys for Defendant
Bogdana Alexandrovna Mobley

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2020, I electronically filed the

foregoing NOTICE OF APPEAL with the Clerk of the United States District

Court for the District of Kansas by way of the CM/ECF system, which

automatically will serve this document on the attorneys of record for the

parties in this case by electronic mail.

s/ *Craig M. Divine, Esq.*
Craig M. Divine, Esq.