FILED
United States Court of Appeals
Tenth Circuit

October 20, 2020

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

BOGDANA ALEXANDROVNA MOBLEY,

    Defendant - Appellant.

No. 20-3212
(D.C. No. 6:17-CR-10142-EFM-1)
(D. Kan.)

---

## ORDER

---

Before **HOLMES** and **PHILLIPS**, Circuit Judges.

---

In an opinion filed August 21, 2020, this court vacated defendant's convictions under 18 U.S.C. § 875(b), as well as the restitution order entered against her, affirmed her conviction under 18 U.S.C. § 1204, and remanded to the district court for resentencing. Our mandate issued on September 14. On September 21, defendant filed in the district court an Emergency Motion for Immediate Release Pending Resentencing. The government responded to the motion on October 13, stating that further review was not authorized by the Solicitor General's Office, conceding that the motion should be granted because she had served all or more than the maximum sentence for the remaining conviction, and stating that defendant should be released from custody and ordered to appear for resentencing. The district court docket reflects no district court ruling on

defendant's motion. Rather, on October 14, the district court entered an order directing the United States Marshals Service to transport defendant from her current custody location at FCI Danbury in Connecticut to the District of Kansas for resentencing.

Construing that transport order as a de facto denial of her Emergency Motion for Immediate Release Pending Resentencing, defendant appealed. She also filed an Emergency Motion to Stay, asking this court to stay the order directing that she be transported to the District of Kansas for resentencing.

We grant the motion to stay the district court's October 14 order directing the United States Marshals Service to transport defendant to the District of Kansas. Further, because we cannot conduct any meaningful review of the appeal in the absence of a district court ruling on the Emergency Motion for Immediate Release Pending Resentencing, we remand to the district court for the limited and specific purpose of entering a written order on the September 21 Emergency Motion for Immediate Release Pending Resentencing that includes the required analysis, findings, and conclusions. Because it appears defendant may have already served more than the maximum term of imprisonment for her conviction under 18 U.S.C. § 1204, there is an urgency to this matter. The district court's written order on the Emergency Motion for Immediate Release Pending Resentencing must be entered by October 30, 2020.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk