**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

**November 6, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

---

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff - Appellee,  v.  BOGDANA ALEXANDROVNA MOBLEY,  Defendant - Appellant. | No. 20-3212 (D.C. No. 6:17-CR-10142-EFM-1) (D. Kan.) |

---

**ORDER**

---

Before **HOLMES**, **SEYMOUR**, and **PHILLIPS**, Circuit Judges.

---

The government has filed an emergency motion asking this court to stay and reconsider its order relating to the release of the defendant in light of recent information regarding the current location of the defendant's proposed custodians. We have determined that a response from the defendant would be beneficial in our resolution of this motion. The defendant is directed to respond to the government's motion by 12:00 PM (MST) on November 9, 2020. A temporary stay of this court's order and judgment issued on November 4, 2020 is granted and will be in effect until further order of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk