**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**November 9, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

———————————————

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

BOGDANA ALEXANDROVNA MOBLEY,

   Defendant - Appellant.

No. 20-3212
(D.C. No. 6:17-CR-10142-EFM-1)
(D. Kan.)

———————————————

## ORDER

———————————————

Before **HOLMES**, **SEYMOUR**, and **PHILLIPS**, Circuit Judges.

———————————————

This matter is before the court on the government's emergency motion requesting that this court stay and reconsider its November 4, 2020, order and judgment regarding the release of the defendant. We entered a temporary stay of the order and judgment and directed the defendant to file a response to the government's emergency motion.

Having considered the parties' filings, we lift the temporary stay and deny the government's emergency motion. We instruct the district court to proceed with the release of the defendant forthwith under an approved plan of release (which we now recognize properly does not contemplate the defendant residing with her stepfather, who

is currently outside of the United States) and in a manner otherwise consistent with this court's order and judgment of November 4, 2020.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk
