IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff*, | ) |
| v | ) Case No.: 17-10142-EFM |
| BOGDANA ALEXANDROVNA MOBLEY, | ) |
| *Defendant*. | ) |

## ORDER

Defendant, Bogdana Mobley, has filed a Motion to Amend Conditions of Release, Doc. 184, removing the requirement of avoiding any contact with her children. The Court grants that motion.

IT IS THEREFORE ORDERED, that Defendant's Motion to Amend Conditions of Release removing the requirement of avoiding any contact with her children, Doc. 184, is here GRANTED. All remaining conditions of bond conditions remain in place.

IT IS SO ORDERED.

Dated this 20th day of November, 2020.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE