# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# WICHITA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 6:17-CR-10142-EFM-1 |
| v. ) | |
| ) | |
| BOGDANA ALEXANDROVNA MOBLEY ) | |

## NOTICE OF APPEAL

Ms. BOGDANA ALEXANDROVNA MOBLEY, pursuant Fed. R. App. P. 4(b)(1)(A)(1), hereby respectfully notifies this Court of her appeal from its Amended Judgment in a Criminal Case (Jan. 8, 2021, ECF No. ) to the United States Court of Appeals for the Tenth Circuit.

Date:	January 12, 2021

Respectfully submitted,

*s/ Craig M. Divine, Esq.*
Craig M. Divine, Esq.
Kan. Bar # 24747
divinelaw@live.com

Divine Law Office, LLC
104 W 9th St., Ste. 404
Kansas City, MO 64105
T 816.474.2240

*s/ Joshua Sabert Lowther, Esq.*
Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
M 912.596.2935
jlowther@lowtherwalker.com

*s/ Murdoch Walker, II, Esq.*
Murdoch Walker, II, Esq.
Ga. Bar # 163417
M 843.540.7903
mwalker@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
http://www.lowtherwalker.com

Attorneys for Defendant
Bogdana Alexandrovna Mobley

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2021, I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the United States District Court for the District of Kansas by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

*s/ Craig M. Divine, Esq.*
Craig M. Divine, Esq.