**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**February 16, 2021**

**Christopher M. Wolpert**
**Clerk of Court**

---

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

BOGDANA ALEXANDROVNA MOBLEY, a/k/a Bogdana Alexandrovna Osipova,

   Defendant - Appellant.

No. 21-3004
(D.C. No. 6:17-CR-10142-EFM-1)
(D. Kan.)

---

## ORDER

---

Before **BACHARACH** and **MORITZ**, Circuit Judges.

---

Defendant has filed an Emergency Motion to Stay. We require a response. The government must respond to Defendant's motion on or before February 26, 2021. Petitioner may file an optional reply on or before March 3, 2021.

To allow time to thoroughly review the stay motion, response, and any reply, we enter a temporary stay of supervised release special conditions 5 and 6, as stated in the amended judgment dated January 8, 2021. The temporary stay will remain in effect until further order of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk